**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| JERRY LEON DEES, JR., * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> HYUNDAI MOTOR MANUFACTURING * <br> ALABAMA, LLC, et al., * <br> * <br> Defendants. * | Case Number: 2:07-cv-00306-MHT-CSC |

**NOTICE OF APPEARANCE**

The undersigned attorney, W. Perry Hall, with the law firm of Kilborn, Roebuck & McDonald, hereby notifies the Court of his appearance as an additional attorney of record for the Plaintiff in this action.

Respectfully submitted,

/s/ W. Perry Hall
W. PERRY HALL
Kilborn, Roebuck & McDonald
1810 Old Government Street
Mobile, Alabama 36606
Tele: 251/479-9010
Fax: 251/479-6747
E-mail: wph@krmlaw.com