| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 4·13·07<br>C. Signature  X Larry Gresham   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to: Hyundai Motor Manufacturing<br>Richard Neal<br>700 Hyundai Blvd.<br>Montgomery, AL 36105 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br>P.O. Box 250700<br>mntgs. AL 36125-0700<br>2:07cv306 |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7000 1670 0005 4593 3886 | |
| PS Form 3811, March 2001   Domestic Return Receipt | 102595-01-M-1424 |