| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) _M. B. ll_ | B. Date of Delivery 4-13-07 |
| | C. Signature X JAMES S. BELLAMY Agent for Capell & Howard, P.C. | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Hyundai Motor America<br>The Registered Agents<br>150 S. Perry Street<br>Montgomery, AL<br>36104 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:07 CV 306-MHT | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>   (Transfer from service label)   7000 1670 0005 4593 3879 | | |
| PS Form 3811, March 2001   Domestic Return Receipt | | 102595-01-M-1424 |