**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JERRY LEON DEES, JR.,** )<br>)<br>   Plaintiff,   )<br>)<br>vs.   )<br>)<br>**HYUNDAI MOTOR MANUFACTURING** )<br>**ALABAMA, LLC, and HYUNDAI MOTOR** )<br>**AMERICA, INC.,**   )<br>)<br>   Defendants.   ) | **CASE NO.**<br>**2:07-cv-00306-MHT-CSC** |

## NOTICE OF APPEARANCE

COME NOW, J. Trent Scofield and T. Scott Kelly, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., One Federal Place, Suite 1000, 1819 5th Avenue North, Birmingham, Alabama 35203-2118, and hereby enter their appearance as counsel on behalf of Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") and Defendant Hyundai Motor America, Inc. ("HMA").

The undersigned will file a Corporate/Conflict Disclosure Statement for Defendants HMMA and HMA within seven (7) days.

Respectfully submitted,

/s/  J. Trent Scofield
(SCO-024)

and

/s/  T. Scott Kelly
(KEL-053)

J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnns.com

Attorneys for Defendants Hyundai Motor
Manufacturing Alabama, LLC and
Hyundai Motor America, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May, 2007, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, and Jeffrey Rayborn Sport.

/s/ J. Trent Scofield

J. Trent Scofield (SCO-024)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: trent.scofield@odnss.com