IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:07cv306-MHT |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, and HYUNDAI ) | |
| MOTOR AMERICA, INC., ) | |
| ) | |
|     Defendants. ) | |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 8) is denied.  The court believes the matter raised by the motion should be resolved either on summary judgment or a trial.

DONE, this the 8th day of May, 2007.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE