IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR.,              )<br>                                                    )<br>    Plaintiff,                              )<br>                                                    )<br>v.                                                )<br>                                                    )<br>HYUNDAI MOTOR MANUFACTURING )<br>ALABAMA, LLC, and HYUNDAI MOTOR )<br>AMERICA, INC.,                             )<br>                                                    )<br>    Defendants.                          )  | CIVIL ACTION NO.:<br>2:07-cv-00306-MHT-CSC |

**DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC's
<u>CORPORATE/CONFLICT DISCLOSURE STATEMENT</u>**

In accordance with the order of this Court, Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Hyundai Motor Manufacturing Alabama, LLC is a single member limited liability company. Its single member is Hyundai Motor America, Inc.+, whose parent company is Hyundai Motor Company, Ltd, which is traded on the Korean Stock Exchange.

Respectfully submitted this 14${}^{th}$ day of May, 2007.

/s/  J. Trent Scofield

J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnss.com

Matthew K. Johnson
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC  29602
Tel.: (864) 271-1300
Fax: (864) 235-8806
E-mail: matthew.johnson@odnss.com


Attorneys for Defendants Hyundai Motor
Manufacturing Alabama, LLC and
Hyundai Motor America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2007, I electronically filed the foregoing *Corporate/Conflict Disclosure Statement on behalf of Hyundai Motor Manufacturing Alabama, LLC* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, Jeffrey Rayborn Sport, T. Scott Kelly, and Matthew K. Johnson.

        /s/ J. Trent Scofield
        J. Trent Scofield (SCO-024)
        OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, AL 35203-2118
        Tel.: (205) 328-1900
        E-mail: trent.scofield@odnss.com