IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv306-MHT |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, and HYUNDAI ) | |
| MOTOR AMERICA, INC., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the petition for admission pro hac vice (Doc. No. 12) is granted.

DONE, this the 15th day of May, 2007.

                       /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE