**IN THE UNITED STATES DISTRICT COURT**
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Vs. | * | **CASE NO.** |
| | * | **2:07-cv-00306-MHT-CSC** |
| HYUNDAI MOTOR MANUFACTURING | * | |
| ALABAMA, LLC, and HYUNDAI | * | |
| MOTOR AMERICA, INC., | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF DISCOVERY FILING

I hereby certify that on June 7, 2007 a copy of **Requests for Production of Documents to Defendants** was properly served upon counsel for all parties to this action by United States Mail, first class, postage prepaid and properly addressed.

                                                                    _____
                                                                    Jeffrey R. Sport (SPORJ5390)

OF COUNSEL:

JEFFREY R. SPORT, P.C.
8475 Sterling Drive
Mobile, Alabama 36695
Telephone: (251) 633-7120
Fax: (251) 633-7253
E-mail: jeff.sport@sportlaw.us

                                                **Attorney for Plaintiff**

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 7th day of June, 2007, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

J. Trent Scofield, Esq.
T. Scott Kelly, Esq.
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

Matthew K. Johnson
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
P.O. Box 2757
Greenville, SC 29602

_____
COUNSEL