**IN THE UNITED STATES DISTRICT COURT**
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Vs. | * | **CASE NO.** |
| | * | **2:07-cv-00306-MHT-CSC** |
| HYUNDAI MOTOR MANUFACTURING | * | |
| ALABAMA, LLC, and HYUNDAI | * | |
| MOTOR AMERICA, INC., | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' OBJECTION/NOTICE
OF POTENTIAL SCHEDULING CONFLICT**

Pursuant to Section 15(D) of the Uniform Scheduling Order (Doc. 19), Plaintiff

JERRY LEON DEES, JR. (Dees) files the following objection to **DEFENDANTS'**

**OBJECTION/NOTICE OF POTENTIAL SCHEDULING CONFLICT REGARDING**

**DEADLINES SET FORTH IN UNIFORM SCHEDULING ORDER** (Doc. 23). Dees

further states:

1.  Defendants have filed the above-referenced pleading citing a purported "conflict"

in the Uniform Scheduling Order entered in this case. Defendants contend that the

pretrial conference and trial dates established by the Uniform Scheduling Order ***now***

conflict with another case involving the one of the same defendants.

2.  Dees submits that Defendants knew of this purported conflict prior to agreeing

with Dees on the proposed trial date. Specifically, the parties held the planning meeting

pursuant to Fed.R.Civ.P. 26(f), at which the Defendants proposed the March 31, 2008

trial setting. Based on the parties' ***joint*** agreement, they submitted the Report of Parties'

Planning Meeting (Doc. 18) to the Court for assistance in formulating and entering a scheduling order.

3.   Dees proposed a trial setting earlier than the March 31, 2008 civil trial docket, but agreed to the March 31, 2008 date as an accommodation to Defendants' counsel, who sought the March date due to their schedule.

4.   Now, Defendants propose to delay this cause even further if "both cases remain active through pretrial and trial date…" (Doc. 23, ¶ 4)

5.   By Defendants' own admission, the Uniform Scheduling Order in the Smith case was entered on January 12, 2007 (Doc. 23, ¶ 3). The Defendants, therefore, had full knowledge of the "conflict" when they agreed to the trial date requested in the Report of Parties' Planning Meeting that ultimately became the trial date included in the Uniform Scheduling Order in this case.

WHEREFORE, for the foregoing reasons, Dees respectfully objects to Defendants raising this "conflict" at this time and asking for potential relief from a scheduling situation they created, and respectfully moves the Court to deny any requested extension of the trial date because of this purported conflict.

     s/ Jeffrey R. Sport
     Jeffrey R. Sport (SPORJ5390)

OF COUNSEL:

JEFFREY R. SPORT, P.C.
8475 Sterling Drive
Mobile, Alabama 36695
Telephone: (251) 633-7120
Fax: (251) 633-7253
E-mail: jeff.sport@sportlaw.us

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 8th day of June, 2007, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

J. Trent Scofield, Esq.
T. Scott Kelly, Esq.
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

Matthew K. Johnson
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602


                                                     s/ Jeffrey R. Sport_____
                                                    COUNSEL