IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,          )
                               )
      Plaintiff,               )
                               )      CIVIL ACTION NO.
      v.                       )        2:07cv306-MHT
                               )
HYUNDAI MOTOR MANUFACTURING    )
ALABAMA, LLC, and HYUNDAI      )
MOTOR AMERICA, INC.,           )
                               )
      Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) The objections (Doc. Nos. 23 and 24) are
     overruled without prejudice.

(2) The motion to deny, contained in the objections
     (Doc. No. 24), is denied without prejudice.

The court does not understand the defendants to ask
for scheduling changes at this time.  However, if they do
later, the court will at that time consider the concerns
raised in the objections and the motion.

DONE, this the 12th day of June, 2007.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE