IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR.,       ) | |
|     ) | |
|   Plaintiff,    ) | |
|     ) | |
| v.    ) | CIVIL ACTION NO.  2:07cv306-MHT |
|     ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, *et al.*,    ) | |
|     ) | |
|   Defendants.    ) | |

**ORDER**

On September 11, 2007, the plaintiff filed a motion to compel the defendants to more sufficiently respond to discovery requests and a motion for order establishing the sequence of depositions.  Accordingly, it be and is hereby

ORDERED as follows:

(1) On or before September 27, 2007, the opposing party shall show cause why the motion for order establishing sequence of depositions (Doc. No. 29) should not be granted.

(2) Oral argument on the plaintiff's motion to compel (Doc. No. 28) and motion for order establishing sequence of depositions (Doc. No. 29) be and is hereby set on September 28, 2007, at 9:00 a.m.  This proceeding shall be conducted by telephone conference.  The plaintiff shall set up the telephone conference.

(3) All depositions are STAYED pending resolution of the motion for order

establishing sequence of depositions.

Done this 12th day of September, 2007.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE