IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERRY LEON DEES, JR.,** | * |
| Plaintiff, | * |
| vs. | *   Case No.  2:07-cv-00306-MHT-CSC |
| **HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC and HYUNDAI MOTOR AMERICA, INC.,** | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S NOTICE OF FILING
THE DISCLOSURE OF EXPERT TESTIMONY**

COMES NOW Plaintiff, Jerry Leon Dees, Jr., ("Dees"), and hereby files notice to this Court that it has disclosed, October 1, 2007, the identity of Plaintiff's expert and the substance of the anticipated testimony by his expert in compliance with Rule 26(a)(2) of the Federal Rules of Civil Procedure and pursuant to the Court's Uniform Scheduling Order (Doc 19).  Such disclosure has been made by facsimile and by depositing a copy of the same into the United States Mail with postage prepaid to all counsel of record.

Dated this 1st day of October, 2007.

    /s/ W. Perry Hall
W. Perry Hall (HALLW9043)
Vincent F. Kilborn, III
KILBORN & ROEBUCK
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

OF COUNSEL
David A. McDonald, Esquire
KILBORN, ROEBUCK & MCDONALD
203 South Warren Street (36602)
P.O. Box 832
Mobile, AL 36601
(251) 434-0045 Telephone
(251) 434-0047 Fax
Email: dam@krmlaw.us

## CERTIFICATE OF SERVICE

      I do hereby certify that I have served on this 1st day of October, 2007, the foregoing pleading on all counsel of record by facsimile and by depositing a copy of same in the United States Mail with postage prepaid to:

J. Trent Scofield
T. Scott Kelly, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Ste. 1000
1819 Fifth Avenue North
Birmingham, AL 35203

Matthew K. Johnson, Esq.
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
Post Office Box 2757
Greenville, SC  29602

                                                /s/ W. Perry Hall
                                                COUNSEL