IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,          )
                               )
     Plaintiff,                )
                               )         CIVIL ACTION NO.
     v.                        )           2:07cv306-MHT
                               )
HYUNDAI MOTOR MANUFACTURING    )
ALABAMA, LLC, and HYUNDAI      )
MOTOR AMERICA, INC.,           )
                               )
     Defendants.               )
```

## ORDER

It is ORDERED as follows:

(1) The objection to order (Doc. No. 39) is set for submission, without oral argument, on November 2, 2007, with all briefs due by said date.

(2) The motion to allow response (Doc. No. 40) is granted.

DONE, this the 25th day of October, 2007.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE