**IN THE UNITED STATES DISTRICT COURT**
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JERRY LEON DEES, JR.,     * | |
|        * | |
|    Plaintiff,   * | |
|        * | |
| Vs.        * | **CASE NO.** |
|        * | **2:07-cv-00306-MHT-CSC** |
| HYUNDAI MOTOR MANUFACTURING   * | |
| ALABAMA, LLC, and HYUNDAI   * | |
| MOTOR AMERICA, INC.,   * | |
|        * | |
|    Defendants.   * | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXTEND DEADLINES AND TO AMEND SCHEDULING ORDER**

Comes now the Plaintiff, JERRY LEON DEES, JR. (Dees), and files the following response to Defendants' Motion to Extend Deadlines and to Amend Scheduling Order (Doc. 42), stating as follows:

1. Plaintiff did respond to Defendants' request to consider an extension to the motion to file dispositive motions, and did so prior to Defendants filing its motion. See Exhibit A.

2. As noted in Plaintiff's response, Plaintiff does not object to the extension of the deadline to file dispositive motions to December 14, 2007, provided that the current trial setting is not disturbed.

WHEREFORE, for the foregoing reasons, Dees does not object to the extension of the dispositive motion deadline to December 14, 2007.

                                       s/ Jeffrey R. Sport
                                       Jeffrey R. Sport (SPORJ5390)

- 2 -

        Vincent F. Kilborn, III (KILBV4484)
        David A. McDonald (MCDOD5329)
        W. Perry Hall (HALLW9043)

OF COUNSEL:

KILBORN, ROEBUCK & McDONALD
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747
E-mail: vfk@krmlaw.us
E-mail: dam@krmlaw.us
E-mail: wph@krmlaw.us
E-mail: jeff.sport@sportlaw.us

        **Attorneys for Plaintiff**

- 3 -

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on the 26th day of October, 2007, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

J. Trent Scofield, Esq.
T. Scott Kelly, Esq.
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

Matthew K. Johnson
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602

                                            s/ Jeffrey R. Sport
                                            COUNSEL

# EXHIBIT A

To

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXTEND DEADLINES AND TO AMEND SCHEDULING ORDER**

CASE NO.
2:07-cv-00306-MHT-CSC

# KILBORN ROEBUCK & MCDONALD
## ATTORNEYS AT LAW

| VINCENT F. KILBORN, III | M. LLOYD ROEBUCK | DAVID A. MCDONALD | W. PERRY HALL | JEFFREY R. SPORT |

October 25, 2007

<u>**Via Fax and U.S. Mail**</u>

Matthew K. Johnson, Esquire
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602

Re:   *Dees v. Hyundai Motor Manufacturing Alabama, LLC, et al.*

Dear Matt:

As promised via e-mail yesterday, this letter addresses several points of recent electronic discussion.

First, and as I previously stated in my letter of October 19th, with regard to your objections regarding the 30(b)(6) deposition topics and 30(b)(5) document requests, we strongly disagree with each and every one of your objections. These topics are entirely relevant and, per Judge Thompson's previous order, are due to be discovered. Our topics go directly to the alter ego and mere instrumentality allegations, and the documents requested are relevant to that issue.

Next, please find attached an amended notice of deposition for the HMA 30(b)(6) deposition for Friday, November 9th in California. I have also included amended deposition notices for Wendy Warner and HMMA beginning Thursday, November 15th. I have yet to receive any word back from you regarding our proposal of Tuesday, November 20th for Mr. Dees for deposition, assuming we get the first three done. I have also not yet heard from you regarding our request to immediately follow Mr. Dees' deposition with the five additional depositions that we have already noticed.

Lastly, and again as I have previously requested, with respect to the duces tecum document requests you do not object to (if any), please forward those documents to us as soon as possible so that we may prepare for the deposition.

With best regards, I remain

Very truly yours,

JEFFREY R. SPORT

JRS/jrs
w/ enc.

POST OFFICE BOX 66710   MOBILE ALABAMA 36660
1810 OLD GOVERNMENT STREET   MOBILE ALABAMA 36606
PHONE 251.479.9010   FAX 251.479.6747