IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,           )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )       2:07cv306-MHT
                                )
HYUNDAI MOTOR MANUFACTURING     )
ALABAMA, LLC, and HYUNDAI       )
MOTOR AMERICA, INC.,            )
                                )
    Defendants.                 )
```

ORDER

Counsel for plaintiff having orally informed the court that the plaintiff has no objection, it is ORDERED that the defendants' motion to extend deadlines and to amend scheduling order (Doc. No. 42) is granted as requested.

DONE, this the 26th day of October, 2007.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**