IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv306-MHT |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING ALABAMA, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 2, 2007, the defendants filed a motion for protective order limiting the scope of Rule 30(b)(6) depositions. (Doc. No. 46.) Accordingly, it is

ORDERED that on or before November 15, 2007, the plaintiff shall show cause why the defendants' motion for protective order should not be granted.

Done this 5th day of November, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE