**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JERRY LEON DEES, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **2:07-cv-00306-MHT-CSC** |
| | ) | |
| **HYUNDAI MOTOR MANUFACTURING** | ) | |
| **ALABAMA, LLC, and HYUNDAI MOTOR** | ) | |
| **AMERICA, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION TO ALLOW A REPLY TO**
**PLAINTIFF'S RESPONSE IN OPPOSITION TO**
**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

COME NOW Defendants Hyundai Motor Manufacturing Alabama, LLC ("HMMA") and

Hyundai Motor America, Inc. ("HMA") and move this Honorable Court to allow Defendants to

reply to *Plaintiff's Response in Opposition to Defendants' Motion for Protective Order Limiting*

*the Scope of Rule 30(b)(6) Depositions* (Doc. 48).  In support of this motion, HMMA and HMA

state as follows:

1.      *Plaintiff's Response in Opposition to Defendants' Motion for Protective Order*

*Limiting the Scope of Rule 30(b)(6) Depositions* ("Plaintiff's Response") was filed on November

11, 2007.

2.      Subsequent to the filing of Plaintiff's Response, Defendants have not received

notice of a right or duty to reply to Plaintiff's Response, or a deadline for doing so.  Regardless,

Defendants would ask that this Court allow Defendants to reply and consider their *Reply to*

*Plaintiff's Response in Opposition to Defendants' Motion for Protective Order Limiting the*

*Scope of Rule 30(b)(6) Depositions*, filed herewith as **Exhibit A**, as Defendants' reply.

WHEREFORE, premises considered, Defendants Hyundai Motor Manufacturing Alabama, LLC, and Hyundai Motor America, Inc., respectfully request that this Court consider Defendants' *Reply to Plaintiff's Response in Opposition to Defendants' Motion for Protective Order Limiting the Scope of Rule 30(b)(6) Depositions* and, if necessary, enter an Order allowing Defendant's to respond, considering the related Exhibit A as Defendants' response.

Respectfully submitted on this 13th day of November, 2007.

/s/ J. Trent Scofield
J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnss.com

Matthew K. Johnson
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602
Tel.: (864) 271-1300
Fax: (864) 235-8806
E-mail: matthew.johnson@odnss.com

Attorneys for Defendants Hyundai Motor
Manufacturing Alabama, LLC and
Hyundai Motor America, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2007, I electronically filed the foregoing *Defendants' Motion to Allow a Reply to Plaintiff's Response in Opposition to Defendants' Motion for Protective Order* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, Jeffrey R. Sport, T. Scott Kelly, and Matthew K. Johnson.

/s/ J. Trent Scofield
J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnss.com

5325629.1

3

# EXHIBIT   A

## To Defendants' Motion to Allow a Reply to Plaintiff's Response in Opposition to Defendants' Motion for Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. |
| vs. | ) | 2:07-cv-00306-MHT-CSC |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| ALABAMA, LLC, and HYUNDAI MOTOR | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF RULE 30(B)(6) DEPOSITIONS

COMES NOW Defendants, Hyundai Motor Manufacturing Alabama, LLC ("HMMA") and Hyundai Motor America, Inc. ("HMA") (collectively "Defendants"), by and through their undersigned counsel, and herewith responds to Plaintiff's *Response in Opposition to Defendants' Motion for Protective Order Limiting the Scope of Rule 30(b)(6) Depositions* (Doc. 48) ("Plaintiff's Response"), filed on November 8, 2007 by Plaintiff Jerry Leon Dees, Jr. ("Plaintiff") as follows:

1.     Plaintiff's Response basically argues three points: (1) the "relationship between" HMMA and HMA is discoverable because it is essential to Plaintiff's alter ego/mere instrumentality theory, (2) testimony concerning non-production days at HMMA is discoverable as to damages and liability, and (3) HMA's corporate representative should be deposed in Montgomery, Alabama.

2.    Plaintiff is incorrect on all three points and the relief requested in Defendants' Motion for a Protective Order (Doc. 46) should be granted.

## Alter Ego/Mere Instrumentality Issues

3.    With respect to Plaintiff's desire for discovery on alter ego/mere instrumentality issues, Plaintiff argues that a parent company can be liable for a subsidiary's actions under a control theory.  (Doc. 48, p. 3-5.)  In this case, Plaintiff has not specifically asserted that either HMA or HMMA are a parent or subsidiary with respect to the other.

4.    Assuming that a parent-subsidiary relationship exists, as detailed in Defendants' Motion for a Protective Order (Doc. 46) the alter ego or mere instrumentality theory is inapplicable to Plaintiff's Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. sec. 4301-4334 ("USERRA") claim.  This fact is evident from reading the statute and the definition of "employer" and sections outlining liability therein.[1]

5.    Further, to the extent Plaintiff seeks to impose liability for his outrage or conversion allegations pursuant to an alter ego or mere instrumentality theory, if applicable discovery should be limited and Defendants' should be provided guidance regarding the testimony to be taken.  Plaintiff's Rule 30(b)(6) designations concerning "the relationship between" Defendants is global in nature, vague, overly broad, oppressive, unduly burdensome because it contains no reasonable limitation of time or geographic scope, is neither relevant nor likely to lead to the discovery of admissible evidence, and is beyond the permissible scope of discovery under the Federal Rules of Civil Procedure, or the Local Rules.  Similarly, Plaintiff's

---

[1] "An employer may not discriminate in employment against or take any adverse employment action against any person because such person ... has exercised a right provided for in this chapter."  38 U.S.C. §4311(b).  (Emphasis added.)  "Employer" is defined as, "any person, institution, organization, or other entity that pays salary or wages for work performed or that has control over employment opportunities...."  38 U.S.C. §4303(4)(a).  (Emphasis added.)

amended Rule 30(b)(6) deposition notices violate the requirement of Rule 30(b)(6) requiring reasonable particularity with respect to the description of the matters on which examination is requested. Simply requesting testimony concerning "the relationship between" Defendants does not satisfy this requirement. Further, the discovery requested necessarily involves confidential and sensitive business/financial information, and serves no useful purposes other than to harass or annoy Defendants.

### Testimony Concerning Non-Production Days

6.    Plaintiff argues that testimony concerning non-production days is necessary for essentially two reasons: (1) to explore the relationship between HMMA and HMMA, and (2) to the extent he alleges it relates to his damages calculations.

7.    Plaintiff's first argument fails for the same reason that discovery of the alter ego or mere instrumentality theory in general fails – this issue is not relevant to HMA's liability.

8.    Plaintiff's second argument fails because discovery pertaining to the business reasons for non-production days at HMMA is not necessary to calculate his damages. Plaintiff is aware that such days did occur and may occur in the future. While this may impact the amount of damages recoverable, as suggested in the expert report cited by Plaintiff, it is the fact that such days <u>may</u> occur that is significant, <u>not</u> the business reasons for such non-production days. HMMA's expert witness, J. Timothy Downard, merely identified non-production days as an example of the reality of risk that he believed was not properly considered in Plaintiff's expert's analysis of Plaintiff's economic damages.

9.    Furthermore, even if additional information would be informative as to Plaintiff's damages, the reasons for the non-production days in the automotive industry at large, and at HMMA, have been well documented. For instance, information contained in the industry

3

magazine *Automotive News*, is attached as **Exhibit A** (John K. Teahen, Jr., "*A Bar Stretch for the Industry: 4 Straight Months of Decline*," AUTOMOTIVE NEWS, October 8, 2007, at 71; Debi Domby, "*Slow Sales Close Plants*," AUTOMOTIVE NEWS, October 8, 2007, at 73). Thus, plant closures have been commonplace throughout the industry during the relevant time period. Local newspapers have also reported on this trend. The following articles are attached as **Exhibit B**:

    a.   http://www.al.com/business/index.ssf/2007/11/hyundais_production_in_montgom.html

    b.   http://www.al.com/business/birminghamnews/index.ssf?/base/business/119235006588830.xml&coll=2

    c.   http://blog.al.com/businessnews/2007/11/hyundais_production_in_montgom.html

    d.   http://www.montgomeryadvertiser.com/apps/pbcs.dll/article?AID=/20071102/BUSINESS/711020341/1003/NEWS05

10.   As such, the non-production days in question follow the industry trend and, as evidenced by the attached exhibits, are related to sales, inventory, and production needs. Additional testimony by way of Rule 30(b)(6) corporate designation on this issue is unnecessary and merely serves to further harass Defendants.

**HMA's Corporate Representative should be Deposed in California**

11.   Finally, Plaintiff asserts that, although the deposition of HMA's Rule 30(b)(6) representative was most recently noticed to occur in California, it should now occur in Alabama. This request is unreasonable and contrary to existing law.

12.   HMA has simply requested that the deposition occur at its offices in Fountain Valley, California, approximately 40-45 minutes from the location where it was noticed by Plaintiff. If Plaintiff's counsel is unwilling to be courteous in scheduling this deposition, as required by the "Guideline to Civil Discovery Practice in the Middle District of Alabama,"

4

Section II.A., Defendants' would agree to the deposition occurring at the originally noticed location, which is within the district in which HMA "resides."

13.    However, Plaintiff's current request to take the deposition in Alabama is improper.  Plaintiff's own Complaint points out that HMA is a California corporation with its principal offices in California.  (Complaint, ¶ 3.)

14.    "Where the defendant is an organization, the presumption is that the depositions of its officers or agents will be taken at its principal place of business, unless justice requires otherwise."  6 *Moore's Federal Practice*, §26.105[3][b] (Matthew Bender 3d ed.), *citing Operative Plasterers' & Cement Masons' Int'l Assoc. v. Benjamin*, 144 F.R.D. 87, 91 (N.D. Ind. 1992).  *See also*, *Zuckert v. Berkliff Corp.*, 96 F.R.D. 161, 162 (N.D. Ill. 1982) ("[a]s a general rule, the deposition of a corporation by its agents and officers should be taken at its principal place of business"); *Stone v. Morton Int'l, Inc.*, 170 F.R.D. 498, 504 (D. Utah 1997); *Buzzeo v. Board of Educ.*, 178 F.R.D. 390, 392 (E.D.N.Y. 1998); *Morin v. Nationwide Fed. Credit Union*, 229 F.R.D. 362, 363 (D. Conn. 2005) (plaintiff must demonstrate "peculiar" circumstances that compel deposition to be held in alternative location);  *McDougal-Wilson v. Goodyear Tire & Rubber Co.*, 232 F.R.D. 246, 249 (E.D.N.C. 2005).

15.    Similarly, "when a deposition is noticed to be taken at a location other than the corporation's principal place of business, a presumption arises that the corporation has <u>good cause</u> for a protective order."  6 *Moore's Federal Practice*, §26.105[3][b] (Matthew Bender 3d ed.).

16.    Plaintiff's arguments that parties may choose the location of depositions and that depositions are often held in places other that the deponent's residence or principal place of business are technically correct.  However, unlike those cases where the location of the

5

deposition is other than the presumptive location, i.e. the corporate deponent's principal place of business, the only relevant facts supporting a change of location that Plaintiff has shown are that HMA is in California and that several attorneys involved in this case are in Alabama. This showing alone is not sufficient.

17.    Accordingly, the Rule 30(b)(6) deposition of HMA's corporate representative should take place in California at HMA's corporate headquarters.

In sum, the relief requested in Plaintiff's Response should be denied and the Court should instead grant the following relief:

(1)    Issue a Protective Order pursuant to Rule 26(c)(4) defining and limiting the scope of Plaintiff's Rule 30(b)(6) depositions of Defendants' corporate representatives with respect to Plaintiff's designation concerning "The relationship between HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC and HYUNDAI MOTOR AMERICA, INC.";

(2)    Issue a Protective Order pursuant to Rule 26(c)(4) defining and limiting the scope of Plaintiff's Rule 30(b)(5) document requests of Defendants' Rule 30(b)(6) representatives and of Wendy Warner;

(3)    Issue a Protective Order pursuant to Rule 26(c)(4) defining and limiting the scope of Plaintiff's Rule 30(b)(6) depositions of Defendants' corporate representatives with respect to Plaintiff's designation concerning "The circumstances surrounding the decision to halt production for several calendar days in 2007";

(4)    Issue a Protective Order pursuant to Rule 26(c)(2) designating that HMA's Rule 30(b)(6) corporate representative's deposition take place at HMA's headquarters in Fountain Valley, California; and

(5)    Grant all other relief to which Defendants may be entitled.

6

Dated this 13th day of November, 2007.

/s/ J. Trent Scofield
J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnss.com

Matthew K. Johnson
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC  29602
Tel.: (864) 271-1300
Fax: (864) 235-8806
E-mail: matthew.johnson@odnss.com
**Pro Hac Vice Granted 05/15/07**

Attorneys for Defendants Hyundai Motor
Manufacturing Alabama, LLC, and Hyundai Motor
America, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of November, 2007, I electronically filed the foregoing *Defendants' Reply To Plaintiff's Response In Opposition To Defendants' Motion For Protective Order Limiting The Scope Of Rule 30(B)(6) Depositions* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, Jeffrey R. Sport, T. Scott Kelly, and Matthew K. Johnson.

<u>/s/ J. Trent Scofield</u>
J. Trent Scofield (SCO-024)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: trent.scofield@odnss.com

# Exhibit A

*Jerry Leon Dees, Jr., Plaintiff v. Hyundai Motor Manufacturing Alabama, LLC and Hyundai Motor America, Inc., Defendants*

## DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF RULE 30(b)(6) DEPOSITIONS

OCTOBER 8, 2007 • 71

# A bad stretch for the industry: 4 straight months of decline

John K. Teahen Jr.
jteahen@crain.com

For the fourth month in a row, sales of cars and light trucks trailed the year-ago month in September. That has happened only four other times in the past 10 years.

The September dip means the industry will have to stretch to sell 16 million new vehicles this year. The nine-month total was 12,351,475. An additional 3,648,525 vehicles must be sold in the fourth quarter to reach 16 million. That's fewer than the 3.8 million sold in the fourth quarter of 2006, but this year, the market's trend is downward.

Sales haven't been below 16 million since 1998.

September sales were 1,315,357, down 2.9 percent from last year. Nine-month sales were down almost the same — 2.8 percent.

The domestic brands of Ford Motor Co. dragged the overall market down. Sales of Fords, Lincolns and Mercurys plunged 21.4 percent in September. Car sales for those brands absolutely collapsed — down 41.4 percent from last year.

Ford Motor's domestic car sales were the lowest since January, and the company's total domestic sales also were the lowest since January.

Ford's only bright spot is its F-series pickup, which continues to be the nation's best-selling nameplate.

General Motors' domestic brands posted a gain for the second straight month. It was only 0.5 percent (1,594 vehicles), but it sure beats a decline. Chrysler LLC's domestics were off 5.4 percent.

## Toyota dips again

Perhaps the most unusual performance in September was that of Toyota Motor Sales U.S.A Inc. (Toyota-Lexus-Scion). Each of its three brands was down, and the combined dip from last year was 4.4 percent.

It was the second straight monthly year-to-year decline for Toyota Motor. Still, Toyota Division cars remain the best-selling cars in the United States, and Lexus still tops the luxury brands.

While Toyota was slipping, American Honda Motor Co. Inc. (Honda-Acura) was up 9.4 percent in September, and Nissan North America (Nissan-Infiniti) reported a gain of 6.7 percent.

Car sales pulled the industry's total down in September, and the Detroit 3 pulled the car total down. Sales of the Detroit 3's domestic-brand cars dropped 14.4 percent for the month; imports rose 2.7 percent.

Only nine of the Detroit 3's 41 car nameplates were up. They were the Chrysler Sebring, Ford Fusion, Lincoln MKZ/Zephyr, Buick Lucerne, Cadillac CTS, Chevrolet Cobalt and Impala, Pontiac G5 and Saturn Aura.

Two redesigns — the much-heralded CTS and the Sebring — were the biggest gainers. Chrysler dealers moved 3.6 times as many Sebrings as they did a year ago, and CTS sales jumped 66.8 percent.

## Ford cars in a pit

Chrysler LLC's car sales rose 5.1 percent in September, and GM's domestic car sales dipped just 5.1 percent. That indicates they are beginning to recover from their long neglect of the car market.

Ford Motor appears nowhere near recovery. Sales of the updated Ford Focus declined in September, and sales of the "new" Taurus (nee Five Hundred) were little more than one-half of the sales of the 2007 Five Hundred last September. The name change has worked no magic thus far.

Factory sales analysts offered mixed comments, depending on their September results.

George Pipas, Ford Motor's sales analysis manager, mentioned a major promotion last year to clear out inventories. There was no such program this year, and it affected sales, he said.

Paul Ballew, GM's top analyst, was pleased but cautious.

"The sales results for the past month are somewhat better than expected," he said.

Ballew added: "Our performance is very solid. We bucked the industry for the second consecutive month." ■







# Automotive News

## Scheduled plant overtime

| Plant | | 10/8-10/12 | 10/15 |
|---|---|---|---|
| **Chrysler LLC** | | | |
| Brampton, Ontario | car | – | x |
| St. Louis (North) | truck | – | x |
| Toledo (Ohio) Supplier Park | truck | x | x |
| **Ford** | | **10/8-10/12** | **10/15** |
| Kansas City, Mo. (SUV) | truck | x | x |
| Oakville, Ontario | truck | x | x |
| Twin Cities (St. Paul, Minn.) | truck | x | x |
| **General Motors** | | **10/8-10/12** | **10/15** |
| Bowling Green, Ky. | car | x | x |
| Fairfax (Kansas City, Kan.) | car | x | x |

## Plant closings

| Plant | | Week(s) down | Units lost per week |
|---|---|---|---|
| **AutoAlliance** | | | |
| Flat Rock Mich. | | 10/8 | 4,825 |
| **Chrysler LLC** | | | |
| Belvidere, Ill. | | 10/8 10/15 | 7,425 |
| Conner Avenue (Chrysly) | | 10/8 | 4,125 |
| Jefferson North (Detroit) | | 10/8 | 1,575 |
| Newark, Del. | | 10/8 | 4,425 |
| Toledo (Ohio) North | | 10/8 | 3,250 |
| Warren (Mich.) Truck | | 10/8 | |
| **Ford** | | | |
| Kansas City (Truck), Mo. | | 10/8 | 5,175 |
| Kentucky Truck (Louisville) | | 10/8 10/15 | 6,600 |
| **Hyundai** | | | |
| Montgomery, Ala.± | | 10/8 | 950 |
| Total units | | | 38,300 |
| (Chrysler only) | Source: Automotive News Data Center |

## Slow sales close plants

▪ This week, nine plants will be down because of slow sales. It is the largest number of plants down for that reason since the week ending March 3. Hyundai will be down for only one day this week; the other plants will be down the entire week.

▪ In September, an estimated 1,237,618 units were produced in North America, down 4.8 percent from September 2006. North American car production was down 12.9 percent. North America truck production was up 2.3 percent.

U.S. car and truck production was down 3.5 percent. Canada car and truck output rose 7.4 percent, and Mexico car and truck production rose 6.8 percent.

—Debi Domby

# Exhibit B

*Jerry Leon Dees, Jr., Plaintiff v. Hyundai Motor Manufacturing Alabama, LLC and Hyundai Motor America, Inc., Defendants*

## DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF RULE 30(b)(6) DEPOSITIONS

• Complete Forecast | Homepage | Site Ir



**Everything Alabama**

SEARCH: Enter Keyword(s)    GO!

NEWS    SPORTS    FORUMS    BLOGS    CITIES    ENTERTAINMENT    TRAVEL    LIFE & HOME    JOBS

## Business News  The Birmingham News

FROM
ADVEF

- About The Author
- RSS

**Latest Posts**

- Hyundai's production in Montgomery rises in October
- Nuclear plant hit with suit, regulatory finding
- BB&T completes deal for Collateral Real Estate
- Alabama's business climate No. 5 in rankings
- Firm: Alabama foreclosures rose in 3Q

**Categories**

**Favorite Links**

**Archived Posts**

`-----`  ▼

## Hyundai's production in Montgomery rises in October

Posted by Birmingham News business staff November 02, 2007 9:54 AM

Hyundai's Alabama plant produced more than 20,000 vehicles last month, up 17 percent from the previous month.

The increase comes as the Korean automaker moves to idle the Montgomery plant for several days in the fourth quarter to bring production in line with inventory of the Sonata sedan on dealer lots.

Hyundai said it produced 11,485 Sonatas and 9,199 Santa Fe sport utilities in Montgomery last month -- a total of 20,684 vehicles. In September, the automaker's only U.S. factory produced 17,735 vehicles.

So far this year, the plant has rolled out 117,480 Sonatas and 103,969 Santa Fe SUVs, totaling 221,449 vehicles.

Last month, Hyundai said it planned to suspend vehicle production in Montgomery seven days in November and December, a response to sluggish sales of the Sonata sedan. It idled the plant, which has 3,300 workers, for three days in October.

🖨 | Permalink (Learn More)
Share: Reddit | Digg | del.icio.us | Google | Yahoo | What is this?

**COMMENTS (0)**    Post a comment

Username (Don't Have a Username? Sign up here):

Password:

☐ Remember Me    Login    Reset

Use of this site constitutes acceptance of our User Agreement. Please read our Privacy Policy.

Community Rules apply to all content you upload or otherwise submit to this site. Contact interactivity manager

©2007 al.com. All Rights Reserved. RSS Feeds | Complete Index





Everything Alabama

NEWS    SPORTS    FORUMS    BLOGS    CITIES    ENTERTAINMENT    TRAVEL    LIFE & HOME    JOBS

al.com - Alabama Business News - The Birmingham News

# The Birmingham News

• Subscribe
• Today's Paper & More

TAMERON

**TOP STORIES**
• Inverness club revamps with families in mind
• Tennessee branch on radar
• Corporate earnings reports drive Bloomberg index lower
• More Headlines

**PHOTO GALLERIES**
• Vest
• Rikard's Mill Heritage Day
• Weiss Lake
• See More Photos

**LATEST COLUMNS**
Jerry Underwood
• Gloomy news weighing down many investors
Point of View
Stewart Welch

• More Columnists

**FORUMS**
**Birmingham**
• Now by d1rlty 11/12/2007 9:09 a.m. CT
• for 15114 by d1rlty 11/12/2007 9:11 a.m. CT
• More

**Hoover**
• Congratulations ! by 42Sports56 11/12/2007 9:54 a.m. CT
• That is an honor... by rmclaugh 11/12/2007 9:59 a.m. CT
• More

# Hyundai rolling back its Sonata production

**Portico concept car waiting in wings as possible state assembly line candidate**

Sunday, October 14, 2007

**DAWN KENT**
**News staff writer**

With a trunkful of awards, a trademark 100,000-mile warranty and a sticker price lower than its competitors, the Alabama-made Hyundai Sonata seems like a shoo-in for the top of consumers' shopping lists.

But sales of the sedan have been plummeting, prompting the Korean automaker to reduce the Sonata inventory by suspending production at its Montgomery plant for 10 days before the end of the year.

It's a scenario that underscores the fierce competition in the Sonata's mid-size sedan category and also raises questions about what's in store for Hyundai's $1.4 billion state assembly plant, which opened in 2005 and employs about 3,300.

▼ Advertisement

CONTINUE STORY



Workers there also produce the Santa Fe sport utility, which has soared in 2007 sales reports.

"What they really need is a third vehicle for the Montgomery plant," said George Peterson, president of California-based market researcher AutoPacific, adding that the Portico is expected to fill that bill.

Hyundai introduced the Portico, a concept vehicle with seating for six passengers and cargo space, at the 2005 Chicago Auto Show, calling it a preview of the attributes that would be

• All Forums

BLOGS
Scott Stantis
• Veterans Day-2007 1:57 a.m. CT
• Dollar Drop 10:38 p.m. CT
• More

Scene
• Three's the charm for Taj Mahal and friends at Stephens Center
• Trenney fashions banal tunes into profound music
• Plano's brilliance achieved through tasteful restraint
• More

added to the automaker's growing U.S. lineup.

Last week, Hyundai officials stressed the Portico's concept status, saying no decision has been made about whether to produce a vehicle similar to it.

"It's an idea, one of many that we are considering for potential future products, but there is no commitment to production," said Hyundai spokesman Chris Hosford.

There has long been speculation about the Portico and a vehicle based on it being built in Montgomery. A recent trade journal report indicates Hyundai is zeroing in on producing a vehicle called Portico, although it doesn't name a site.

The August Automotive News report cites Hyundai's future product plans, placing the Portico's debut in the 2009 model year. The article says the Portico combines the characteristics of a minivan and a crossover, similar in concept to Chrysler's Pacifica.

CONTINUED   1 | 2 Next

© 2007 The Birmingham News. All rights reserved.
This material may not be published, broadcast, rewritten or redistributed.

 

Home | News | Sports | Forums | Blogs | Multimedia | Entertainment | Jobs | Autos | Real Estate | C
Complete Forecast | RSS Feeds | RSS Terms and Conditions | Site Index | About Us | Contact Us

SUBSCRIBE    The Birmingham News | The Huntsville Times | Press-Register

© 2007 Alabama Live LLC. All Rights Reserved. Use of this site constitutes acceptance of our Use Agreement.

UPDATED: 10:02 a.m. CT, November 12, 2007          Birmingham, Partly Sunny 59°F    • Complete Forecast | Homepage | Site



Everything Alabama



**24/7 HIGH SCHOOL SPORTS**
Same Day Results, Photos & Stats
CLICK HERE NOW

| NEWS | SPORTS | FORUMS | BLOGS | CITIES | ENTERTAINMENT | TRAVEL | LIFE & HOME | JOBS |

al.com - Alabama Business News - The Birmingham News

## The Birmingham News

• Subscribe
• Today's Paper & More



TAMERON

**TOP STORIES**
• Inverness club revamps
  with families in mind
• Tennessee branch on
  radar
• Corporate earnings
  reports drive Bloomberg
  index lower
  • More Headlines

**PHOTO GALLERIES**
• Vest
• Rikard's Mill Heritage
  Day
• Weiss Lake
  • See More Photos

**LATEST COLUMNS**
Jerry Underwood
• Gloomy news weighing
  down many investors
Point of View
Stewart Welch

  • More Columnists

**FORUMS**
**Birmingham**
• Now by d1rtty
  11/12/2007 9:09 a.m. CT
• for 15114 by d1rtty
  11/12/2007 9:11 a.m. CT
• More

**Hoover**
• Congratulations ! by

# Hyundai rolling back its Sonata production

Page 2 of 2

Automotive News also outlined plans for the Sonata, saying a "reskin" is due for the 2009 model year, while a redesign is possible for the 2011 model. A reskin is minor changes to sheet metal, while new interior and exterior styling are part of a redesign.

The Sonata has won numerous quality and safety awards and recognition from MotorWeek, Consumers Digest, Popular Mechanics and Kiplinger's Personal Finance. The sedan also was named the Most Ideal Premium Mid-Size Car in AutoPacific's 2007 Ideal Vehicle Awards, recognition based on how closely automakers meet owners' expectations.

"Based on all of our research, the owners of Sonatas are very happy," Peterson said. "If they're not at the top, they're close to the top. When Hyundai designed the Sonata, they designed it with their target audience in mind and they hit that target."

▼ Advertisement                                    CONTINUE STORY



GET REAL-TIME NEWS
ANYTIME, ANYWHERE

al.com

But while the Sonata is an outstanding mid-size car, Peterson said there are other outstanding mid-size cars in one of the most competitive car classes in the market.

SHAR

SITE

SPO

42Sports56 11/12/2007
9:54 a.m. CT
• That is an honor... *by
rmclaugh 11/12/2007
9:59 a.m. CT*
• More

• All Forums

BLOGS

**Scott Stantis**
• Veterans Day-2007 1:57
a.m. CT
• Dollar Drop 10:38 p.m. CT
• More

**Scene**
• Three's the charm for Taj
Mahal and friends at
Stephens Center
• Trenney fashions banal
tunes into profound
music
• Piano's brilliance
achieved through tasteful
restraint
• More

"Even with the 100,000-mile warranty, it's tough to win the consideration battle against Accords and Camrys and things like that," he said.

Although the Sonata is relatively new, its competitors have even newer versions, and increased competition also has cut down Hyundai's price advantage, he said.

**Understood limits:**

Peterson said he believes Hyundai understood early on that it would not be able to fill up the Montgomery plant with just two vehicles. Having a third, he said, would keep production levels up, even when one of the vehicles is having a slow sales year.

In March, Hyundai officials said they were enjoying great success in Alabama as they announced plans to build a $270 million engine plant in Montgomery.

In an April Automotive News report, Hyundai Motor Corp. CEO Dong-Jin Kim said the automaker was considering a third product for Alabama, but said it was too early to say which vehicle.

Last week, Robert Burns, a spokesman for Hyundai's Montgomery plant, said it would be speculation to talk about any additional vehicles.

E-mail: dkent@bhamnews.com

Previous | 1 | 2

© 2007 The Birmingham News. All rights reserved.
This material may not be published, broadcast, rewritten or redistributed.

Home | News | Sports | Forums | Blogs | Multimedia | Entertainment | Jobs | Autos | Real Estate | C

Complete Forecast | RSS Feeds | RSS Terms and Conditions | Site Index | About Us | Contact Us

     ➡ SUBSCRIBE ➡    **The Birmingham News | The Huntsville Times | Press-Register**

© 2007 Alabama Live LLC. All Rights Reserved. Use of this site constitutes acceptance of our Use
Agreement.

Customer Service  EzAccess Automated Subscriptions  Subscribe Now  Renew Subscription  Place a Classified  Contact Us  [PDF] Get Mobil

montgomeryadvertiser.com :: Weather | Jobs | Cars | Homes | Apartments | Classifieds | Shopping | Dating

# montgomeryadvertiser.com
### ▶ Subscribe to the Montgomery Advertiser



News | Get Local! | Nation/World | Obituaries | go! Entertainment | Sports | Business | Opinion | Archives | Travel | Mol

All | Recent News | Yellow Pages | Classifieds | Cars | Jobs | Shopping | Movies | Local Web Info | Events

Search Montgomery: [_____] [Go]    Find what you need with our New Search



**CHOOSE TO GO!**
ALL THE LATEST NEWS AND INFORMATION FORMATTED FOR YOUR
WWW.MONTGOMERYADVERTISER.COM/MOI

**Homepage**
**News**
▶Alabama
▶Archives
▶Business
▶Columnists
▶Faith & Values
▶Forums
▶Games and Comics
▶Home & Garden
▶Local
▶Mobile Site
▶My Life
▶National
▶Obituaries
▶Opinion
▶Photo Galleries
▶Teacher Resources
▶Technology
▶Weddings
**go! Entertainment**
**Sports**
**Classifieds**
▶Cars
▶Homes
▶Jobs
▶Place an ad
**Customer Service**
▶Contact Us
▶Subscribe
**Communities**





November 12, 2007

## Hyundai sales rebound

**By Cosby Woodriff**

Sonata sales rebounded strongly in October and production at Hyundai Motor Manufacturing Alabama was solid despite the plant sitting idle for three days.

Hyundai leadership took that as a sign that demand for Alabama-made Hyundai products might be rebounding.

"We are hopeful the arrival of our 2008 models in showrooms will mitigate some of the uncertain economic conditions in the fourth quarter and sales will improve through the end of the year and build momentum going into 2008," said Bob Pradzinski, director of national sales for Hyundai Motor America.

The Korean-based car manufacturer reported selling 9,507 Sonatas in October, up 28 percent from the 7,438 the company sold in October 2006.

Santa Fe, the other vehicle manufactured at HMMA, had a 15 percent sales gain, going from 5,162 units last year to 5,940 this year.

HMMA sat idle for three Fridays in October, but the plant still made 20,684 vehicles in 20 production days. The production was less than the 24,576 rolled out in October 2006, but the per-day numbers were better than September's.

The plant made 17,735 vehicles in 19 production days in September, an average of 933 units per day. The October average was 1034 units per day.

"Productivity, that is the name of the game," said Robert Burns, HMMA spokesman. "It shows the efficiency of our team members, but we still have to balance our production and sales."

HMMA's production is far ahead of the 2006 pace, but Hyundai's overall sales are flat. Year-to-date sales of the Sonata, Hyundai's most popular vehicle, are off about 17 percent. Santa Fe sales are up about 50 percent over last year.

**Article tools**
- Post a comment fc
- Text alerts to your
- E-mail this
- Print
- Get breaking news
- Subscribe to the M
- Send an article linl
- Save this page to D



Automobiles on the line

Advertisement

Hyundai's Montgomery plant's year-to-date production is on pace to pass last year's mark. HMMA needs to produce only 15,324 vehicles over the last two month's to match last year's total.

The plant still has seven idle days remaining this year, plus scheduled holiday weeks at Thanksgiving and Christmas. Plant management announced the four days the production line will be still in November will be Nov. 9, 21, 26 and 27.

Here's a smart
that can help y
But only for a li

Kia, Hyundai's corporate cousin, announced its best October sales. The company, which is building a plant in West Point, Ga., sold 25,185 vehicles in October.

Subscribe to the *Montgomery Advertiser*

montgomeryadvertiser.com and its related sites are pleased to be able to offer its users the opportunity to make comments and hold conversations online. However, the interactive nature of the Internet makes it impracticable for our staff to monitor each and every posting. Since the montgomeryadvertiser.com does not control user submitted statements, we cannot promise that readers will not occasionally find offensive or inaccurate comments posted on our Web site. In addition, we remind anyone interested in making an online comment that responsibility for statements posted lies with the person submitting the comment, not montgomeryadvertiser.com or its related sites. All comments posted should comply with the montgomeryadvertiser.com's terms of service.

Advertisement

Top Jo

Watch for To

ALXALABAMA



**STORYCHAT**

This article does not have any comments associated with it

Add Comment

**Other articles:**
- Construction growth boon to suppliers
- Kia to make Sorento in Ga.
- Dairy Queen manager faces new child labor prosecution
- Briefly


Advertisement

Home | News | Entertainment | Sports | Classifieds | Cars | Homes | Jobs | Customer Se

Our Partners:
        

Jobs: careerbuilder.com | Cars: cars.com | Apartments: apartments.com | Shopping: shoplocal.com
Customer Service | Subscribe Now | Renew Subscription | Place a Classified | Contact Us
Copyright © 1997- 2007 The Advertiser Co. All rights reserved. Users of this site agree to the Terms of Service and Privacy Policy/Your California P
March 2007)