IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv306-MHT |
| | ) |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On November 13, 2007, the defendants filed a motion for leave to file a reply to the plaintiff's response in opposition to their motion for a protective order. (Doc. No. 49.) Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 15th day of November, 2007.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE