IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:07-CV-306-MHT |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al*, | ) |
| | ) |
| Defendants. | ) |

ORDER

Now pending before the court is the November 14, 2007, motion for case management/discovery conference (doc. # 52) filed by the defendants. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED and that a discovery conference be and is hereby set on November 27, 2007, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. Counsel should be fully prepared to discuss and schedule all remaining discovery. It is further

ORDERED that at this time the court will also hear argument on the defendant's motion for protective order limiting the scope of rule 30(b)(6) depositions (doc. # 46), the motion to shorten time (doc. # 50) and the amended motion to shorten time (doc. # 51).

Done this 19th day of November, 2007.

                                                        /s/Charles S. Coody
                                                       CHARLES S. COODY
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE