# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JERRY LEON DEES, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:07-cv-00306-MHT-CSC** |
| ) | |
| **HYUNDAI MOTOR MANUFACTURING** ) | |
| **ALABAMA, LLC, and HYUNDAI MOTOR** ) | |
| **AMERICA, INC.,** ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO CONTINUE/RESCHEDULE HEARING

COME NOW the parties and, after telephone conference with Magistrate Coody's chambers, file this joint motion to continue and reschedule the hearing currently scheduled on November 27, 2007 at 1:30 p.m.[1] to **December 5, 2007 at 10:00 a.m.**

The parties thank the Court for its consideration of this joint motion.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE. FURTHER, THE PARTIES HAVE AGREED THAT J. TRENT SCOFIELD WILL E-FILE THE FOREGOING *JOINT MOTION TO CONTINUE/RESCHEDULE HEARING*.

---

[1] See Doc. 55.

Respectfully submitted this the 19th day of November 2007.

| | |
|---|---|
| /s/ Jeffrey R. Sport | /s/ J. Trent Scofield |
| SPO-005 | (SCO-024) |
| | |
| Jeffrey R. Sport | J. Trent Scofield |
| Kilborn, Roebuck & McDonald | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 1810 Old Government Street (36606) | One Federal Place, Suite 1000 |
| P.O. Box 66710 | 1819 5th Avenue North |
| Mobile, AL 36660 | Birmingham, AL 35203-2118 |
| Telephone: (251) 479-9010 | Telephone: (205) 328-1900 |
| Facsimile: (251) 479-6747 | Facsimile: (205) 328-6000 |
| jeff.sport@sportlaw.us | trent.scofield@odnss.com |
| | |
| ONE OF THE ATTORNEYS | ONE OF THE ATTORNEYS |
| FOR PLAINTIFF | FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2007, I electronically filed the foregoing *Joint Motion to Continue/Reschedule Hearing* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, Jeffrey Rayborn Sport, T. Scott Kelly, and Matthew K. Johnson.

/s/ J. Trent Scofield
J. Trent Scofield (SCO-024)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
E-mail: trent.scofield@odnss.com