IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  2:07-CV-306-MHT |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| ALABAMA, LLC, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the joint motion to continue or reschedule hearing (doc. # 56), it is

ORDERED that the motion be and is hereby GRANTED.  The hearing and oral argument shall be RESET from November 27, 2007, to **December 5, 2007**, **at 10:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 27th day of November, 2007.

          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE