IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN___ DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR. _____, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HYUNDAI MOTOR MANUFACTURING ALABAMA, ) <br> _____, ) <br> ) <br> Defendants, ) | CASE NO. __2:07-cv-306__ |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __JERRY LEON DEES, JR.__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | NONE |
| | |
| | |
| | |

12/3/2007
Date

s/ Jeffrey R. Sport
(Signature)

Jeffrey R. Sport
(Counsel's Name)

Jerry Leon Dees, Jr.
Counsel for (print names of all parties)

1810 Old Government Street, P.O. Box 66710
Mobile, Alabama 36660
Address, City, State Zip Code

251.479.9010
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jeffrey R. Sport_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __ECF filing_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _3rd____ day of _December_____ 20_07, to:

All counsel of record.

_____

_____

_____

_____

12/3/2007                                          s/ Jeffrey R. Sport
_____                   _____
        Date                                              Signature