IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  2:07-CV-306-MHT |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, *et al*, ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to shorten time to respond to request for entry to inspect and photograph (Doc. No. 50) and an amended motion to shorten time to respond to request for entry to inspect and photograph (Doc. No. 51). Oral argument was conducted on December 5, 2007.  Upon consideration of counsels' representations that this matter has been resolved, it is

ORDERED that the motions to shorten time (Doc. Nos. 50 & 51) be and are hereby DENIED as moot.

Done this 5th day of December, 2007.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE