IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  2:07-CV-306-MHT |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, *et al*, ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

During oral argument held December 5, 2007, the parties jointly requested that the discovery deadline be extended.  Accordingly, and with the express consent of the District Judge assigned to this case, it is

ORDERED that the deadline for completion of discovery be and is hereby extended from November 30, 2007, to January 15, 2008.  Counsel are reminded that this extension does not affect or change any other deadline established in the last scheduling order.

Done this 5th day of December, 2007.

                         /s/Charles S. Coody
                  CHARLES S. COODY
                  CHIEF UNITED STATES MAGISTRATE JUDGE