IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:07-CV-306-MHT |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon consideration of the defendants's motion to quash non-party subpoena (doc. # 61), it is

ORDERED that on or before December 17, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 5th day of December, 2007.

                            /s/Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE