IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERRY LEON DEES, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:07-cv-00306-MHT-CSC** |
| ) | |
| **HYUNDAI MOTOR MANUFACTURING** ) | |
| **ALABAMA, LLC, and HYUNDAI MOTOR** ) | |
| **AMERICA, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

**SEALED DOCUMENTS TO DEFENDANTS' EVIDENTIARY SUBMISSION
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

- **Plaintiff's Exhibit 14 to James Brookshire's Deposition
  (James Brookshire's Personnel File)**

- **Plaintiff's Exhibit 17 to John Applegate's Deposition
  (John Applegate's Personnel File)**

- **Plaintiff's Exhibit 18 to John Applegate's Deposition
  (Greg Prater's Personnel File)**

- **Plaintiff's Exhibit 19 to John Applegate's Deposition
  (Greg Prater's Team Relations File)**

- **Plaintiff's Exhibit 20 to John Applegate's Deposition
  (Supplement to Greg Prater's Personnel File)**

## CERTIFICATE OF SUBMISSION

As counsel for Defendants, I certify the cover page for *Sealed Documents to Defendants' Evidentiary Submission in Support of Motion for Summary Judgment* has been submitted to the Clerk's office on December 14, 2007.

/s/ J. Trent Scofield
J. Trent Scofield (SCO-024)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
E-mail: trent.scofield@odnss.com

Attorney for Defendants Hyundai Motor
Manufacturing Alabama, LLC and
Hyundai Motor America, Inc.