IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv306-MHT |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, and HYUNDAI ) | |
| MOTOR AMERICA, INC., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 67) is set for submission, without oral argument, on January 4, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 17th day of December, 2007.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE