**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 17, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Jerry Leon Dees, Jr. Vs. Hyundai Motor Manufacturing AL**
**Case Number: 2:07cv306-MHT**

**Pleading : #66 - Motion to Quash Subpoena**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 12/7/07 with an incorrect party listed with in the body of the pleading.**

**The error has been corrected and the corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:07 cv306-MHT |
| HYUNDAI MOTOR MANUFACTURING ALABAMA LLC, | ) ) ) |
| Defendants. | ) |

**MOTION TO QUASH SUBPOENA**

COMES NOW a non-party Dr. Saeed A. Shah and moves this Honorable Court for an Order directing that the records and/or oral testimony of the non-party as they pertain to **JAMES A. BROOKSHIRE** remain confidential and this Honorable Court issue an Order quashing the subpoena served upon the Movant requesting medical/psychiatric records related to the foregoing individual and for grounds would show as follows:

1. That your movant is not a party to this action and is a mental health services provider.

2. That pursuant to Sec. 34-26-2, Code of Alabama, (1975); the Health Insurance Portability and Accountability Act of 1996, (HIPPA); and the psychotherapist privilege afforded by the United States Supreme Court to licensed psychiatrists in the case of Jaffe v. Redmond, 518 U.S. 1, 15, 135 L.Ed. 2d 337, 116 S.Ct. 1923 (1996), the records and/or testimony requested in this case contain

Page Two
Motion To Quash
2:07-cv-00306-MHT-CSC

information gathered pursuant to the assessment and treatment of

**JAMES A. BROOKSHIRE** and is therefore confidential information

and is not subject to disclosure.

                                                Stephen B. Griffin
                                                Attorney for the Movant
                                                ASB-9998-F64S

OF COUNSEL:

Stephen B. Griffin & Associates
2100 Riverhaven Drive, Suite #1
Hoover, AL 35244-2532
(205) 402-7476
E-mail: steveg@griffin-assoc.com

### CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Motion has been served upon counsel of record by placing a copy of same in the United States Mail postage pre-paid this the 12th day of December 2007 properly addressed as follows:

    cc:

        Hon. Jeffrey R. Sport
        1810 Old Government Street
        Post Office Box 66710
        Mobile, AL 36660

        Hon. Scott Kelley
        One Federal Place
        1819 8th Avenue North
        Suite 1000
        Birmingham, AL 35203-2118

                                                Of Counsel