IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,            )
                                 )
    Plaintiff,                   )
                                 )
                                 )    CIVIL ACTION NO.
    v.                           )      2:07cv306-MHT
                                 )
HYUNDAI MOTOR MANUFACTURING      )
ALABAMA, LLC, and HYUNDAI        )
MOTOR AMERICA, INC.,             )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED that the motion to seal (Doc. No. 70) is granted.

DONE, this the 18th day of December, 2007.

```
            /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE
```