IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR.,         )<br>                              )<br>    Plaintiff,               )<br>                              )     CIVIL ACTION NO.<br>    v.                        )      2:07cv306-MHT<br>                              )<br>HYUNDAI MOTOR MANUFACTURING  )<br>ALABAMA, LLC, and HYUNDAI    )<br>MOTOR AMERICA, INC.,         )<br>                              )<br>    Defendants.               ) | |

### ORDER

It is ORDERED that the motion to allow reply brief (Doc. No. 77) is granted.

DONE, this the 20th day of December, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE