IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:07-CV-306-MHT |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the December 20, 2007, motion for leave to file a reply to plaintiff's response in opposition to the defendant's motion to quash a non-party subpoena. (Doc. No. 78.) Upon consideration of the motion, it is

ORDERED that the defendants' motion for leave to file a reply be and is hereby GRANTED.

Done this 2nd day of January, 2008.

                                          /s/Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE