IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JERRY LEON DEES, JR.,         )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:07cv306-MHT
                              )
HYUNDAI MOTOR MANUFACTURING   )
ALABAMA, LLC, and HYUNDAI     )
MOTOR AMERICA, INC.,          )
                              )
    Defendants.               )

ORDER

The magistrate judge having orally informed the court

that he should have the pending discovery dispute resolved

by the end of the week, it is ORDERED as follows:

(1) Plaintiff's motion for extension of time (Doc. No.

82) is granted.

(2) Defendants' motion for summary judgment (Doc. No.

67) is reset for submission, without oral argument, on

February 1, 2008, with plaintiff's opposing brief and

evidentiary materials due by January 25, 2008, and with

defendants allowed until February 1, 2008, to file a reply.

DONE, this the 2nd day of January, 2008.


     /s/ Myron H. Thompson     
UNITED STATES DISTRICT JUDGE