IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:07-CV-306-MHT |
| | )             (WO) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al*, | ) |
| | ) |
|    Defendants. | ) |

ORDER

Upon consideration of the plaintiff's motion for order establishing the sequence of depositions (doc. # 29), it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 4th day of January, 2008.

                                                 /s/Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE