IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., * <br> * <br> Plaintiff, * <br> * <br> Vs. * <br> * <br> HYUNDAI MOTOR MANUFACTURING * <br> ALABAMA, LLC, and HYUNDAI * <br> MOTOR AMERICA, INC., * <br> * <br> Defendants. * | CASE NO. <br> 2:07-cv-00306-MHT-CSC |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Comes now the Plaintiff, JERRY LEON DEES, JR. ("Dees"), by and through his counsel of record and, pursuant to the court's Uniform Scheduling Order (Doc. 19), files this Notice Concerning Settlement Conference and Mediation, stating as follows:

1. On January 8, 2008, counsel for the parties met and discussed potential settlement of the case.

2. Although counsel for HMMA and HMA had discussed the possibility of settlement with their clients, counsel apparently did not have authority to settle the case, nor did they make any offer to settle the case.

3. Plaintiff's counsel had full authority to respond to any reasonable offer in an effort to settle the dispute. As indicated, however, none was forthcoming.

4. In an effort to settle the case, and as demanded by Hyundai's counsel, Plaintiff has made a written settlement offer to Hyundai, which has since been declined.

- 2 -

5. Plaintiff believes that mediation prior to the court's ruling on summary judgment would not be beneficial.

6. Defendants have indicated that mediation would not be beneficial at all.

Respectfully submitted,

s/ Jeffrey R. Sport
Jeffrey R. Sport (SPORJ5390)

OF COUNSEL:

KILBORN, ROEBUCK & McDONALD
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747
E-mail: jeff.sport@sportlaw.us

**Attorney for Plaintiff**

- 3 -

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 9th day of January, 2008, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

J. Trent Scofield, Esq.
T. Scott Kelly, Esq.
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

Matthew K. Johnson, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602

                         s/ Jeffrey R. Sport_____
                         COUNSEL