IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HYUNDAI MOTOR MANUFACTURING )<br>ALABAMA, LLC, *et al*, )<br>)<br>Defendants. ) | CIVIL ACT. NO.  2:07-CV-306-MHT |

**ORDER**

Upon consideration of the plaintiff's second motion to compel (doc. # 90), it is

ORDERED that on or before January 28, 2008, the opposing party shall show cause why the motion should not be granted.

Done this 18th day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE