IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,           )
                                )
    Plaintiff,                  )
                                )
    v.                          )       CIVIL ACTION NO.
                                )         2:07cv306-MHT
HYUNDAI MOTOR MANUFACTURING     )
ALABAMA, LLC, and HYUNDAI       )
MOTOR AMERICA, INC.,            )
                                )
    Defendants.                 )
```

## ORDER

It is ORDERED that the motion for leave to respond (Doc. No. 98) is granted.

DONE, this the 25th day of January, 2008.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE