IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:07-CV-306-MHT |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al*, | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the motion to quash (doc. # 92) filed by non-party Industrial Care Management (ICM), the motion for leave (doc. # 97) filed by the defendants and the objections to the court's January 4, 2008, order (doc. # 86), it is

ORDERED as follows:

1. That the motion for leave (doc. # 97) be and is hereby GRANTED.

2. That the motion to quash filed by ICM (doc. # 92) be and is hereby set for hearing and argument on February 6, 2008, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. In this regard, the motion to quash makes factual assertions about the nature of ICM and services provided to James Brookshire. The parties should be prepared to present evidence on this issue.

3. That on February 6, 2008, the court will also hear argument on the issues raised in the objections to the court's January 4, 2008, order.

Done this 25th day of January, 2008.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE