IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv306-MHT |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| ALABAMA, LLC, and HYUNDAI | ) | |
| MOTOR AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED as follows:

(1) Plaintiff's motions for extension of time (Doc. Nos. 95 & 96) are granted. <u>There will be no more extensions</u>.

(2) Defendants' motion for summary judgment (Doc. No. 67) is reset for submission, without oral argument, on February 8, 2008, with plaintiff's opposing brief and evidentiary materials due by February 1, 2008, and with

**defendants allowed until February 8, 2008, to file a reply.**

**DONE, this the 25th day of January, 2008.**

                                  <u>/s/ Myron H. Thompson</u>
                              **UNITED STATES DISTRICT JUDGE**