IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR.,       ) | |
|                              ) | |
|    Plaintiff,         ) | |
|                              ) | CIVIL ACTION NO. |
|    v.                  ) | 2:07cv306-MHT |
|                              ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, and HYUNDAI    ) | |
| MOTOR AMERICA, INC.,         ) | |
|                              ) | |
|    Defendants.        ) | |

**ORDER**

It is ORDERED that the uniform scheduling order (Doc. No. 19) is amended to reflect that this case is set for the trial term beginning on April 14, 2008, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 29th day of January, 2008.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE