IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,         )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:07cv306-MHT
                              )
HYUNDAI MOTOR MANUFACTURING   )
ALABAMA, LLC, and HYUNDAI     )
MOTOR AMERICA, INC.,          )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to seal (Doc. No. 109) is granted.

DONE, this the 4th day of February, 2008.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE