IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:07-CV-306-MHT |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, *et al*, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

Upon consideration of the plaintiff's motion to compel (doc. # 90), the response of Hyundai Motor Manufacturing Alabama, LLC (HMMA) (doc. # 105) and the brief argument of counsel on February 6, 2008, the court finds that the information sought is relevant to the plaintiff's claims. FED.R.CIV.P. 26(b)(1). Accordingly, it is

ORDERED that the motion to compel be and is hereby GRANTED. The defendant HMMA shall identify all employees who were found sleeping on the job during the last five years and shall provide documentation relating to disciplinary action arising from each sleeping incident. Compliance with this order shall be accomplished on or before February 13, 2008.

Done this 6th day of February, 2008.

                                                /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE