IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,          )
                               )
    Plaintiff,                 )
                               )
                               )     CIVIL ACTION NO.
    v.                         )       2:07cv306-MHT
                               )
HYUNDAI MOTOR MANUFACTURING    )
ALABAMA, LLC, and HYUNDAI      )
MOTOR AMERICA, INC.,           )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to strike (Doc. No. 116) is set for submission, without oral argument, on February 22, 2008, with all briefs due by said date.

DONE, this the 12th day of February, 2008.

                                     /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE