**IN THE UNITED STATES DISTRICT COURT**
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **CASE NO.** |
| ) | **2:07-cv-00306-MHT-CSC** |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, and HYUNDAI ) | |
| MOTOR AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S DEPOSITION EXCERPTS**

COMES NOW the Plaintiff, Jerry Leon Dees, Jr., (hereinafter referred to as "Dees"), and pursuant to Rule 26(a)(3), F.R.C.P., and Section 10 of the Court's Uniform Scheduling Order dated May 25, 2007, hereby discloses the portions of deposition testimony expected to be presented at trial by the Plaintiff:

| Page and Line Begin | Page and Line End |
|---|---|
| **Deposition of Wendy Warner** | |
| Page 20, Line 17 | Page 22, Line 16 |
| Page 23, Line 4 | Page 23, Line 13 |
| Page 25, Line 23 | Page 27, Line 11 |
| Page 27, Line 22 | Page 31, Line 14 |
| Page 32, Line 14 | Page 33, Line 19 |
| Page 39, Line 14 | Page 39, Line 23 |
| Page 45, Line 6 | Page 45, Line 22 |

| | |
|---|---|
| Page 52, Line 13 | Page 52, Line 16 |
| Page 54, Line 21 | Page 55, Line 5 |
| Page 67, Line 20 | Page 68, Line 20 |
| Page 73, Line 2 | Page 73, Line 15 |
| Page 76, Line 3 | Page 77, Line 13 |
| Page 90, Line 7 | Page 90, Line 11 |
| Page 95, Line 14 | Page 97, Line 2 |
| Page 105, Line 19 | Page 107, Line 10 |
| Page 108, Line 2 | Page 109, Line 17 |
| Page 119, Line 14 | Page 120, Line 11 |
| Page 125, Line 21 | Page 127, Line 14 |
| Page 131, Line 5 | Page 133, Line 2 |
| Page 133, Line 18 | Page 136, Line 18 |
| Page 136, Line 19 | Page 138, Line 12 |
| Page 146, Line 19 | Page 147, Line 8 |
| Page 147, Line 22 | Page 149, Line 9 |
| Page 150, Line 10 | Page 151, Line 14 |
| Page 151, Line 15 | Page 154, Line 2 |
| Page 160, Line 17 | Page 164, Line 19 |
| Page 171, Line 7 | Page 172, Line 1 |
| Page 175, Line 12 | Page 175, Line 17 |
| Page 190, Line 12 | Page 192, Line 4 |
| Page 194, Line 9 | Page 194, Line 16 |
| Page 198, Line 19 | Page 199, Line 6 |
| Page 210, Line 2 | Page 210, Line 21 |

| | |
|---|---|
| Page 211, Line 9 | Page 212, Line 1 |
| Page 212, Line 14 | Page 212, Line 23 |
| Page 214, Line 15 | Page 215, Line 3 |
| Page 219, Line 17 | Page 220, Line 9 |
| Page 221, Line 14 | Page 223, Line 7 |
| Page 264, Line 6 | Page 264, Line 18 |
| Page 277, Line 20 | Page 281, Line 8 |
| Page 289, Line 5 | Page 289, Line 20 |
| Page 296, Line 17 | Page 297, Line 2 |
| **Deposition of James A. Brookshire** | |
| Page 19, Line 5 | Page 19, Line 22 |
| Page 46, Line 10 | Page 47, Line 22 |
| Page 50, Line 7 | Page 52, Line 6 |
| Page 58, Line 9 | Page 59, Line 2 |
| Page 68, Line 11 | Page 68, Line 14 |
| Page 69, Line 3 | Page 72, Line 1 |
| Page 78, Line 20 | Page 81, Line 20 |
| Page 90, Line 19 | Page 92, Line 12 |
| Page 98, Line 7 | Page 102, Line 10 |
| Page 108, Line 8 | Page 110, Line 2 |
| Page 111, Line 6 | Page 111, Line 12 |
| Page 137, Line 4 | Page 137, Line 12 |
| Page 156, Line 8 | Page 158, Line 4 |
| Page 163, Line 16 | Page 165, Line 4 |
| Page 169, Line 20 | Page 174, Line 23 |

| | |
|---|---|
| Page 179, Line 3 | Page 181, Line 4 |
| **Deposition of John Applegate** | |
| Page 18, Line 20 | Page 21, Line 14 |
| Page 27, Line 13 | Page 29, Line 19 |
| Page 36, Line 16 | Page 39, Line 22 |
| Page 40, Line 16 | Page 41, Line 18 |
| Page 55, Line 12 | Page 56, Line 15 |
| Page 57, Line 18 | Page 61, Line 13 |
| Page 61, Line 21 | Page 62, Line 2 |
| Page 81, Line 4 | Page 81, Line 20 |
| Page 96, Line 1 | Page 96, Line 16 |
| **Deposition of Robert Clevenger** | |
| Page 34, Line 1 | Page 37, Line 3 |
| Page 38, Line 12 | Page 39, Line 4 |
| Page 39, Line 5 | Page 40, Line 7 |
| Page 43, Line 16 | Page 43, Line 23 |
| Page 45, Line 17 | Page 46, Line 18 |
| Page 47, Line 4 | Page 49, Line 7 |
| Page 74, Line 20 | Page 75, Line 11 |
| Page 83, Line 11 | Page 83, Line 20 |
| Page 89, Line 3 | Page 90, Line 10 |
| Page 93, Line 3 | Page 93, Line 21 |
| Page 99, Line 8 | Page 100, line 13 |
| Page 101, Line 3 | Page 103, Line 16 |
| Page 103, Line 17 | Page 104, Line 4 |

| | |
|---|---|
| Page 105, Line 16 | Page 106, Line 12 |
| Page 108, Line 9 | Page 108, Line 22 |
| Page 117, Line 3 | Page 125, Line 7 |
| Page 125, Line 13 | Page 127, Line 13 |
| Page132, Line 4 | Page 134, Line 6 |
| Page134, Line 14 | Page135, Line 14 |
| Page 136, Line 15 | Page 146, Line 20 |
| Page150, Line 16 | Page 151, Line 3 |
| Page 151, Line 4 | Page 152, Line 17 |
| Page156, Line 7 | Page 168, Line 3 |
| **Deposition of Gwang Mun** | |
| Page 17, Line 7 | Page 17, Line 11 |
| Page 19, Line 3 | Page 20, Line 2 |
| Page 22, Line 1 | Page 24, Line 27 |
| Page 24, Line 11 | Page 24, Line 18 |
| Page 25, Line 15 | Page 25, Line 23 |
| Page 26, Line 18 | Page 27, Line 6 |
| Page 27, Line 12 | Page 28, Line 23 |
| Page 33, Line 7 | Page 34, Line 1 |
| Page 37, Line 12 | Page 38, Line 21 |
| Page 39, Line 16 | Page 40, Line 15 |
| Page 42, Line 11 | Page 42, Line 13 |
| Page 49, Line 22 | Page 51, Line 2 |
| Page 52, Line 5 | Page 55, Line 9 |
| Page 57, Line 12 | Page 58, Line 6 |

| | |
|---|---|
| Page 58, Line 15 | Page 62, Line 23 |
| Page 64, Line 21 | Page 66, Line 8 |
| Page 69, Line 18 | Page 70, Line 11 |
| **Deposition of Mickey Phillips** | |
| Page 14, Line 20 | Page 16, Line 2 |
| Page 22, Line 3 | Page 22, Line 9 |
| Page 28, Line 1 | Page 28, Line 10 |
| Page 38, Line 20 | Page 40, Line 14 |
| Page 58, Line 5 | Page 58, Line 20 |
| Page 61, Line 6 | Page 62, Line 17 |
| Page 65, Line 19 | Page 66, Line 5 |
| Page 68, Line 13 | Page 69, Line 3 |
| Page 80, Line 14 | Page 83, Line 20 |
| Page 83, Line 12 | Page 83, Line 20 |
| Page 84, Line 9 | Page 85, Line 8 |
| Page 86, Line 16 | Page 87, Line 12 |
| Page 89, Line 7 | Page 89, Line 14 |
| Page 94, Line 17 | Page 95, Line 4 |
| Page 96, Line 12 | Page 96, Line 16 |
| Page 99, Line 17 | Page 100, Line 12 |
| Page 121, Line 5 | Page 121, Line 18 |
| Page 149, Line 13 | Page 149, Line 19 |
| **Deposition of John Kalson** | |
| Page 7, Line 16 | Page 8, Line 18 |
| Page 9, Line 10 | Page 9, Line 14 |

| Page 9, Line 15 | Page 10, Line 1 |
| --- | --- |
| Page 11, Line 7 | Page 11, Line 17 |
| Page 19, Line 12 | Page 20, Line 1 |

Dated this 5th day of March, 2008.

                          Respectfully submitted,

                          s/ Jeffrey R. Sport
                          Vincent F. Kilborn, Esq. (KILBV4484)
                          Jeffrey R. Sport, Esq. (SPORJ5390)
                          KILBORN, ROEBUCK & MCDONALD
                          1810 Old Government Street
                          P.O. Box 66710
                          Mobile, Alabama 36660
                          Phone: (251) 479-9010
                          Fax: (251) 479-6747
                          E-mail: vfk@krmlaw.com
                          E-mail: jeff.sport@sportlaw.us

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on the 5th day of March, 2008, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Timothy A. Palmer, Esq.
J. Trent Scofield, Esq.
T. Scott Kelly, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

Matthew K. Johnson, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602

                                              s/ Jeffrey R. Sport
                                              Counsel