IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| JERRY LEON DEES, JR., | * | |
|---|---|---|
| Plaintiff, | * | |
| vs. | * | Case No. 2:07-cv-00306-MHT-CSC |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC and HYUNDAI MOTOR AMERICA, INC., | * * | |
| Defendants. | * | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
**PURSUANT TO RULE 26(a)(3)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW the Plaintiff, Jerry Leon Dees, Jr. and pursuant to Rule 26(a)(3), F.R.C.P., hereby discloses the following documents and/or things that he expects to offer into evidence at the trial of the above styled cause.

| Exh No. | Description | For ID Only | Admitted in Evidence |
|---|---|---|---|
| 1 | Team Relations Investigation File regarding Leon Dees (blue folder) (Pl's Depo. Ex 1) | | |
| 2 | Team Relations Investigation File regarding Leon Dees (green folder) (Pl's Depo. Ex 2) (Note: These documents were later produced with Bates numbers HMMA 0309-325 on 11/19/07 - Bates numbers are duplicates from a previous production) | | |
| 3 | Team Relations peer review file regarding Leon Dees (Pl's Depo. Ex 3) | | |
| 4 | Leon Dees personnel file (Pl's Depo. Ex 4) | | |

| | | | |
|---|---|---|---|
| 5 | Maintenance Team Member Interview Guide and additional notes and documents pertaining to Leon Dees (Pl's Depo. Ex 5) | | |
| 5A | Sketch of doors, table and chair contained within the Maintenance Team Member Interview Guide and additional notes and documents pertaining to Leon Dees (Pl's Depo. Ex 5) | | |
| 6 | NOT USED | | |
| 7 | HMMA's Response/Objections to the Rule 30(b)(5)/Exhibit A Attachment to the Amended Deposition Notice of Wendy Warner – documents attached – HMMA & HMA Corporate Details sheets, HMC Fact Sheet, HMMA Information Sheet and HMMA employee manual, pages i - 54 (Pl's Depo. Ex 7) (Warner Depo Docs 0001-0054) | | |
| 8 | Wendy Warner personnel file (Pl's Depo. Ex 8) (HMMA00094-00125) | | |
| 9 | Documents produced by HMMA and HMA in its Initial Disclosures including Leon Dees' personnel file (Pl's Depo. Ex 9) (HMMA0001-93) & other documents relating to Leon Dees' including his termination (HMMA 0333-343 - Produced 11/30/07 - Bates numbers are duplicative) | | |
| 9A | Packet presented to the Termination Meeting by Clevenger (HMMA 00033-38) | | |
| 10 | Interview Guide - Scoring Matrix for Leon Dees (Pl's Depo. Ex 10) | | |
| 11 | Interview Guide - Scoring Matrix for Leon Dees (Pl's Depo. Ex 11) | | |
| 12 | March 7, 2007 letter from Warner to Dees regarding Team Member Review (Pl's Depo. Ex 12) | | |
| 13 | February 15, 2007 handwritten notes "Interview with Jim Brookshire" (Pl's Depo. Ex 13) (HMMA00037-38) | | |

| | | | |
|---|---|---|---|
| 14 | Jim Brookshire Personnel File (Pl's Depo. Ex 14) (HMMA00246-282) | | |
| 15 | HMMA Team Member Handbook (Pl's Depo. Ex 15) (DEES0009-65) | | |
| 16 | February 21, 2007 Team Relations Memo from William Ware to Rob Clevenger regarding Interview with Leon Dees, William Ware and Greg Prater (Pl's Depo. Ex 16) | | |
| 17 | John Applegate Personnel & Team Relations File (Pl's Depo. Ex 17) (HMMA00177-212) | | |
| 18 | Greg Prater Personnel File (Pl's Depo. Ex 18) (HMMA00126-165) | | |
| 19 | Greg Prater's Team Relations file (Pl's Depo. Ex 19) (HMMA00166-176) | | |
| 20 | Supplement to Greg Prator's personnel file (Pl's Depo. Ex 20) (HMMA0326-0331) | | |
| 21 | Microsoft Office Outlook calendar appointment page print out regarding "Leon Dees - Sleeping in the third floor" (Pl's Depo. Ex 21) (HMMA0351) | | |
| 22 | September 9, 2004 (Revision Date) Team Relations Memo regarding Ontario King (Pl's Depo. Ex 22) | | |
| 23 | March 5, 2007 photographs taken by Clevenger (Pl's Depo. Ex 23) (HMMA0344-350) | | |
| 24 | March 2, 2007 Inter-office Memo from Nancy Powers to Rob Clevenger regarding Leon Dees (Pl's Depo. Ex 24) | | |
| 25 | March 7, 2007 letter from Wendy Warner to Leon Dees regarding Team Member Review including hand written notation that Dees did not attend (Pl's Depo. Ex 25) | | |
| 26 | February 7-9, 2007 email series regarding Leon Dees leaving for lunch while the lift was down (Pl's Depo. Ex 26) (HMMA00039) | | |

| | | | |
|---|---|---|---|
| 27 | Organizational Charts (Pl's Depo. Ex 27) (HMMA0353-354) | | |
| 28 | Photograph of area on third floor mezzanine near the PLC controller (door open) with chair (on right) and spool (Pl's Depo. Ex 28) | | |
| 29 | Photograph of area on third floor mezzanine near the PLC controller (door closed), no chair or spool (Pl's Depo. Ex 29) | | |
| 30 | April 1, 2005 Service & Warranty Agreement between HMA and HMMA (Pl's Depo. Ex 1a) (HMMA 30b5000002-13) | | |
| 30A | May 9, 2005 Distribution Agreement between HMMA and HMA (Pl's Depo. Ex 1a) (HMMA 30b5000014-33) | | |
| 30B | May 9, 2005 First Amendment to Distribution Agreement between HMMA and HMA (Pl's Depo. Ex 1a) (HMMA 30b5000034) | | |
| 30C | May 9, 2005 Second Amendment to the Distribution Agreement between and HMMA and HMA (Pl's Depo. Ex 1a) (HMMA 30b5000035-36) | | |
| 30D | May 25, 2007 Memorandum of Understanding between HMA and HMMA (Pl's Depo. Ex 1a) (HMMA 30b5000037-49) | | |
| 31 | August 18, 2004 Satisfaction of Mortgage and Security Agreement and Fixture Filing (Pl's Depo. Ex 1c) (HMMA 30b5000051-60) | | |
| 31A | April 12, 2004 Amendment Agreement (Pl's Depo. Ex 1c) (HMMA 30b5000061-66) | | |
| 31B | April 13, 2004 Borrowing Estoppel Certificate (Pl's Depo. Ex 1c) (HMMA 30b5000067-69) | | |
| 31C | April 7, 2004 Load Advance Request (Pl's Depo. Ex 1c) (HMMA 30b5000070-72) | | |
| 31D | April 13, 2004 Loan Advance Request (Pl's Depo. Ex 1c) (HMMA 30b5000073-75) | | |

| | | | |
|---|---|---|---|
| 31E | March 9, 2004 Mortgage and Security Agreement (Pl's Depo. Ex 1c) (HMMA 30b5000076-102) | | |
| 31F | April 12, 2004 Note Modification Agreement (Pl's Depo. Ex 1c) (HMMA 30b5000103-109) | | |
| 31G | April 12, 2004 Promissory Note (Pl's Depo. Ex 1c) (HMMA 30b5000110-119) | | |
| 32 | HMA and HMMA expense reports, vouchers, etc. evidencing travel of officers, directors or employees of HMA or HMMA (Pl's Depo. Ex 1eA) (HMMA 30b5000126-555) | | |
| 32A | HMA and HMMA expense reports, vouchers, etc. evidencing travel of officers, directors or employees of HMA or HMMA (Pl's Depo. Ex 1eB) (HMMA 30b5000557-793) | | |
| 33 | HMMA Daily Production Actual (Pl's Depo. Ex 1f (g included here also) (HMMA 30b5000795) | | |
| 34 | Payments to HMA  (Pl's Depo. Ex 1h) (HMMA 30b5000797-808) | | |
| 35 | June 13, 2007 Memo regarding 2006 HMC Controlled Group Coverage Testing Projections  (Pl's Depo. Ex 1j1) (HMMA 30b5000811-827) | | |
| 35A | April 12, 2002 Limited Liability Company Agreement of HMMA  (Pl's Depo. Ex 1j2) (HMMA 30b5000828-838) | | |
| 36 | December 22, 2004 Memo from Bob Davidson with HMA to Tim Price with HMMA regarding Intercompany Billing for Taxes - As of December 2003 with attached schedule (Pl's Depo. Ex 1kA) (HMMA 30b5000840-845) | | |
| 36A | 2006 HMA & Subsidiaries Corporation Income Tax Declaration (Pl's Depo. Ex 1kB) (HMMA 30b5001283-1487) | | |
| 36B | 2004 HMMA Employer's Quarterly Federal Tax Return (Pl's Depo. Ex 1kC) (HMMA 30b5001489-1522) | | |

| | | | |
|---|---|---|---|
| 37 | December 31, 2006 and 2005 HMMA Financial Statements with Independent Auditors' Report (Pl's Depo. Ex 1l) (HMMA 30b5001524-1541) | | |
| 38 | September 1, 2006 North American Affiliate Expense Allocation Agreement (Pl's Depo. Ex 1d1) (HMMA 30b5000122-124) | | |
| 38A | September 15, 2005 Benefits Letter to Keith Duckworth with HMA from Greg Kimble (Pl's Depo. Ex 1d2) (HMMA 30b5000121) | | |
| 39 | 2005 HMA & Subsidiaries Corporation Income Tax Return (Pl's Depo. Ex 1k1) (HMMA 30b5000947-1281) | | |
| 39A | Hyundai Motor Company fact document (Pl's Depo. Ex 1k2) (HMMA 30b5000846-897) | | |
| 39B | September 11, 2006 Hyundai Motor America Advance Pricing Agreement Renewal Request (Pl's Depo. Ex 1k3) (HMMA 30b5000898-946) | | |
| 40 | Financial and other filings with the U.S. Government or other regulatory agencies (Pl's Depo. Ex 1m) (HMMA 30b5001543-1728) | | |
| 41 | November 30, 2007, February 9, 2007 & November 28, 2007 HMA Special Lease Agreement (Pl's Depo. Ex 1n) (HMMA 30b5001730-1744) | | |
| 41A | March 24, 2003 Income Tax sharing Agreement between HMA and HMMA (Pl's Depo. Ex 1n) (HMMA 30b5001745-1750) | | |
| 41B | July 13, 2005 letter forwarding May 16, 2005 HMMA Non-Exclusive License Agreement (Pl's Depo. Ex 1n) (HMMA 30b5001751-1757) | | |
| 42 | HMMA Organization Charts (Pl's Depo. Ex 2 - (30b5 depo) (HMMA 30b5001760-1761) | | |
| 43 | November 28, 2007 On-Site Inspection photographs taken of HMMA's premises | | |

| | | | |
|---|---|---|---|
| 44 | Alleged contents (including box) of Leon Dees' locker, inventory statement (See HMMA 0332 - Leon Dees Locker Content production on 11/30/07 - Bates numbers are duplicative) and DVD prepared by HMMA | | |
| 45 | March 26, 2007 Franklin D. Barnes, Sgt. Memorandum for the Record regarding instructional letter for Human Resource Officer (DEES000001-2) | | |
| 46 | October 2005 and 2006 various memoranda from Kevin Smith, 1Lt. regarding 2006 & 2007 Alabama Army National Guard Drill Dates (DEES000003-5) | | |
| 47 | March 7, 2007 HMMA letter to Leon Dees from Wendy Warner regarding Team Member Review (DEES000007-8) (See also Pl's Depo. Ex 25) | | |
| 48 | Answering machine tape of Leon Dees with messages left by Rob Clevenger | | |
| 49 | Expert report of Robert Hall and any supplements thereto | | |
| 50 | All documents relied upon by Robert Hall for the preparation of his expert report which were produced at deposition on January 28, 2008. | | |
| 51 | Leon & Katherine Dees' 2004-2006 State and Federal Income Tax Returns & 20069 W-2 Wage and Tax Statements for Leon Dees (HMMA) and Katherine Dees (Peachtree Bank) (DEES000067-88, DEES000318-357, DEES000406-407) | | |
| 52 | Documents relating to Leon Dees' HMMA Employee Benefits – Notice for Continuation for Health Care Coverage and Life Insurance & COBRA Continuation Coverage Election Letter and Dees' payment, Group Health Care Plan, Long Term Disability Insurance Booklet & HMMA Benefit Plan, Announcement of New 401K benefit enhancement, Leon Dees' rollover contribution notice (DEES000089, DEES000120-121, DEES000123-124, DEES000130-295) | | |
| 53 | Documentation of medical expenses for Leon Dees' family (DEES000125-129) | | |

| | | | |
|---|---|---|---|
| 54 | Leon Dees' HMMA Advice of Deposit slips (DEES000090-119) | | |
| 55 | January 1, 2006 - December 31, 2006 printout of Leon Dees' hours worked by month, showing also vacation, sick and personal days, jury and military duty, etc. (DEES000122) | | |
| 56 | Leon Dees' Military Honors, Achievement Recognition, Awards and Promotions – July 2, 2004 Promotion Notification of Leon Dees.(DEES000296-297, DEES000359-405) | | |
| 57 | Certificate of Release or Discharge from Active Duty (DEES000298-299) | | |
| 58 | March 2007 - September 2007 pay receipts of Leon Dees from International Paper (DEES000300-315, DEES000358, DEES000408-412) | | |
| 59 | Switchboard Results for Hyundai in Montgomery, Alabama (DEES000316) | | |
| 60 | March 3, 2007 email from "Dick and Mitch" to Bob Foreman regarding ESGR Case # 68400 (DEES000317) | | |
| 61 | March 2007 Rural Cellular cell phone bill for Leon Dees (No Bates Number) (Def's Depo. Ex 13) | | |
| 61A | Documents provided by Unicel pursuant to non-party subpoena  (HMMA Subpoena Docs 366-379) | | |
| 62 | Personnel & Team Relations file of Kevin Hughes (HMMA 00213-245) | | |
| 63 | Team Relations File of Ontario King (HMMA 00283-298) | | |
| 64 | Team Relations File of Sharon Baker (HMMA 00299-308) | | |
| 65 | All HMMA Daily Reports (HMMA 00365-1064) (2/15/08 and 2/27/08 production - Includes Bates numbers that are duplicative) | | |

| | | | |
|---|---|---|---|
| 66 | Documents relating to the investigation of the sexual harassment claim by Veronica Stallworth (HMMA 00309-341) | | |
| 67 | Documents relating to the investigation and EEOC claim filed by William Johnson (HMMA 00342-406) | | |
| 68 | HMMA Staffing Organization Chart (HMMA 0353-354) & HMA Admin Services Organization Chart (HMMA 0352) (Produced 12/17/07. Bates numbers are duplicative) | | |
| 69 | Documents relating to William Sievers (HMMA 0355-364) | | |
| 70 | Documents provided by International Paper pursuant to non-party subpoena (HMMA Subpoena Docs 78-365) | | |
| 71 | Documents provided by BE&K pursuant to non-party subpoena (HMMA Subpoena Docs 33-77) | | |
| 72 | Document provided by Simcala, Inc. & Miller Mechanical pursuant to non-party subpoena (HMMA Subpoena Docs 1-32) | | |
| 73 | Documents provided in response to Plaintiff's 30(b)(5) request to HMA (HMA 30b50000001-1016) | | |
| 74 | Dees Discussion Planners (HMMA 00041-48) | | |
| 75 | November 4, 2004 HMMA Harrassment Policy (HMMA 00083-86) | | |

Dated this the 5th day of March, 2008.

s/ Jeffrey R. Sport
Jeffrey R. Sport (SPORJ5390)
Vincent F. Kilborn, III, Esquire (KILBV4484)
KILBORN, ROEBUCK & MCDONALD
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010

Fax: (251) 479-6747

OF COUNSEL
David A. McDonald, Esquire
KILBORN, ROEBUCK & MCDONALD
P.O. Box 832
Mobile, AL 36601
(251) 434-0045 Telephone
(251) 434-0047 Fax
Email:  dam@krmlaw.us

## CERTIFICATE OF SERVICE

     I do hereby certify that I have served on this 5th day of March, 2008, the foregoing pleading on all counsel of record by depositing a copy of same in the United States Mail with postage prepaid to:

J. Trent Scofield, Esq.
Timothy A. Palmer, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Ste. 1000
1819 Fifth Avenue North
Birmingham, AL 35203

Matthew Kinard Johnson, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
PO Box 2757
Greenville, SC 29602

                                                                s/ Jeffrey R. Sport
                                                                COUNSEL