IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | * | |
| Plaintiff, | * | |
| vs. | * | Case No. 2:07-cv-00306-MHT-CSC |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC and HYUNDAI MOTOR AMERICA, INC., | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S TRIAL WITNESSES**
**PURSUANT TO RULE 26(a)(3) OF THE**
**FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW Plaintiff, Jerry Leon Dees, Jr., and pursuant to Rule 26(a)(3), F.R.C.P., hereby discloses the names, addresses and telephone numbers of each witness that the Plaintiff expects to call or that the Plaintiff may call to testify at the trial of the above styled cause:

**NAMES OF WITNESSES**

**I.     Plaintiff will call the following witnesses:**

    1.    Jerry Leon Dees    14805 U.S. Hwy 82
        Maplesville, AL 36750
        (334) 366-0325

    2.    Katherine Dees    14805 U.S. Hwy 82
        Maplesville, AL 36750
        (334) 366-0325

    3.    Shane Archer    1012 Longfield Drive
        Prattville, AL 36067
        (334) 365-3662

| | | |
|---|---|---|
| 4. | Mark Bornberg | 2382 County Road 65<br>Marbury, AL 36051<br>(334) 358-9510 |
| 5. | Mark Hanks | 136 Patrick St.<br>Prattville, AL 36067<br>(334) 358-8359 |
| 6. | Spencer Louis | 5900 Wellbourne Place<br>Montgomery, AL 36116<br>(678) 548-7652 |
| 7. | Chris Weihe | 308 Golson Road<br>Prattville, AL 36067<br>(334) 365-1756 |
| 8. | Bill Sievers | 5740 Pineleaf<br>Millbrook, AL 36054<br>(334) 328-6142 |
| 9. | John Wingo | 1508 Maples Village Court<br>Pell City, AL 35128<br>(205) 966-0369 |
| 10. | Robert Hall | Robert Hall & Associates<br>2866 Y Dauphin Street<br>Mobile, AL 36606<br>(251) 471-3267<br>***(Expert Witness - See Rule 26(a)(2)(B) report filed previously, along with exhibits and supplements)*** |
| 11. | Ronnie House | HMMA<br>700 Hyundai Boulevard<br>Montgomery, AL 36105<br>(334) 387-8000 |

**II.    Plaintiff may call the following witnesses:**

| | | |
|---|---|---|
| 1. | John Applegate | HMMA<br>700 Hyundai Boulevard<br>Montgomery, AL 36105<br>(334) 387-8000 |
| 2. | Drake Barefoot | 101 Lee Road 855 |

|     |                              |                                                    |
|-----|------------------------------|----------------------------------------------------|
|     |                              | Phoenix City, AL 36870                             |
|     |                              | (334) 298-9178                                     |
| 3.  | Sgt. Franklin Barnes         | Detachment 1, 1165th Military Police               |
|     |                              | Alabama Army National Guard                        |
|     |                              | 95 Airport Drive                                   |
|     |                              | Brewton, AL 36426                                  |
|     |                              | (251) 867-5473                                     |
| 4.  | Jim Brookshire               | HMMA                                               |
|     |                              | 700 Hyundai Boulevard                              |
|     |                              | Montgomery, AL 36105                               |
|     |                              | (334) 387-8000                                     |
| 5.  | Captain Christopher Butler   | Alabama Army National Guard                        |
|     |                              | 508 Highway 82 Bypass West                         |
|     |                              | Prattville, AL 36067-2851                          |
|     |                              | (334) 365-9096                                     |
| 6.  | Rob Clevenger                | HMMA                                               |
|     |                              | 700 Hyundai Boulevard                              |
|     |                              | Montgomery, AL 36105                               |
|     |                              | (334) 387-8000                                     |
| 7.  | Lt. Colonel Todd Harrison    | 766 Burr Oak Drive                                 |
|     |                              | Greenwood, IN 46143                                |
|     |                              | (317) 883-0645                                     |
| 8.  | Kevin Hughes                 | HMMA                                               |
|     |                              | 700 Hyundai Boulevard                              |
|     |                              | Montgomery, AL 36105                               |
|     |                              | (334) 387-8000                                     |
| 9.  | Barry Jackson                | HMMA                                               |
|     |                              | 700 Hyundai Boulevard                              |
|     |                              | Montgomery, AL 36105                               |
|     |                              | (334) 387-8000                                     |
| 10. | John Gerard Kalson           | HMMA                                               |
|     |                              | 700 Hyundai Boulevard                              |
|     |                              | Montgomery, AL 36105                               |
|     |                              | (334) 387-8000                                     |

| | | |
|---|---|---|
| 11. | Sgt. James Martin | Alabama Army National Guard<br>550 Fairwood Blvd.<br>Fairhope, AL 36532<br>(251) 928-9333 |
| 12. | John McClenney | HMMA<br>700 Hyundai Boulevard<br>Montgomery, AL 36105<br>(334) 387-8000 |
| 13. | Kisha Morris | Kia Motors Corporation<br>West Point, GA |
| 14. | Gwang Mun | HMMA<br>700 Hyundai Boulevard<br>Montgomery, AL 36105<br>(334) 387-8000 |
| 15. | Richard Neal, Esq. | HMMA (General Counsel)<br>700 Hyundai Boulevard<br>Montgomery, AL 36105<br>(334) 387-8000 |
| 16. | Mickey Ralph Phillips | HMMA<br>700 Hyundai Boulevard<br>Montgomery, AL 36105<br>(334) 387-8000 |
| 17. | Greg Prater | |
| 18. | Sgt. FC Wendell Richburg | 1165th MP<br>550 Fairview Boulevard<br>Fairhope, AL 36532<br>(251) 928-9333 |
| 19. | Chris Smith, Esq. | HMMA (In-House Counsel)<br>700 Hyundai Boulevard<br>Montgomery, AL 36105<br>(334) 387-8000 |
| 20. | Wendy Warner | HMMA<br>700 Hyundai Boulevard |

                                      Montgomery, AL 36105
                                      (334) 387-8000

21.    William Ware                HMMA
                                      700 Hyundai Boulevard
                                      Montgomery, AL 36105
                                      (334) 387-8000

Dated this the 5th day of March, 2008.

                                         s/ Jeffrey R. Sport
                                      Jeffrey R. Sport (SPORJ5390)
                                      Vincent F. Kilborn, III, Esquire (KILBV4484)
                                      KILBORN, ROEBUCK & MCDONALD
                                      1810 Old Government Street
                                      Post Office Box 66710
                                      Mobile, Alabama 36660
                                      Telephone: (251) 479-9010
                                      Fax: (251) 479-6747

OF COUNSEL
David A. McDonald, Esquire
KILBORN, ROEBUCK & MCDONALD
P.O. Box 832
Mobile, AL 36601
(251) 434-0045 Telephone
(251) 434-0047 Fax
Email:  dam@krmlaw.us

## CERTIFICATE OF SERVICE

      I do hereby certify that I have served on this 5th day of March, 2008, the foregoing pleading on all counsel of record by depositing a copy of same in the United States Mail with postage prepaid to:

J. Trent Scofield, Esq.
Timothy A. Palmer, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Ste. 1000
1819 Fifth Avenue North
Birmingham, AL 35203

Matthew Kinard Johnson, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
PO Box 2757
Greenville, SC 29602

                                                      s/ Jeffrey R. Sport
                                                      COUNSEL