IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR.,      ) | |
|                                         ) | |
|     Plaintiff,                 ) | |
|                                         ) | |
| v.                                           ) | CIVIL ACT. NO. 2:07-CV-306-MHT |
|                                         ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, *et al*,          ) | |
|                                         ) | |
|     Defendants.             ) | |

**ORDER**

Upon consideration of the plaintiff's motion to quash (doc. # 125), it is

ORDERED that on or before March 18, 2008, the defendants shall show cause why the plaintiff's motion should not be granted. It is further

ORDERED that this matter be and is hereby set for oral argument on March 25, 2008, at 10:30 a.m. This proceeding shall be conducted by telephone conference. The plaintiff shall set up the telephone conference.

Done this 6th day of March, 2008.

                                                              /s/Charles S. Coody
                                                               CHARLES S. COODY
                                                               CHIEF UNITED STATES MAGISTRATE JUDGE