IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HYUNDAI MOTOR MANUFACTURING )<br>ALABAMA, LLC, and HYUNDAI MOTOR )<br>AMERICA, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>2:07-cv-00306-MHT-CSC |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
DESIGNATION OF DEPOSITION EXCERPTS**

Defendants Hyundai Motor Manufacturing Alabama, LLC ("HMMA") and Hyundai Motor America, Inc. ("HMA") (collectively "Defendants"), through undersigned counsel, respond to Plaintiff's designation of deposition excerpts (Doc. 120) as follows:

1. On March 5, 2008, Plaintiff filed Plaintiff's Designation of Excerpts ("Plaintiff's Excerpts") identifying excerpts from the depositions of Wendy Warner, James A. Brookshire, John Applegate, Robert Clevenger, Gwang Mun, Mickey Phillips, and John Kalson.

2. Prior to the filing of Plaintiff's Excerpts, counsel for Defendants informed Plaintiff's counsel that the witnesses listed in Plaintiff's Excerpts would be available for examination at the trial of this matter.

*3.* Because the witnesses identified in Plaintiff's Excerpts will be available for examination at the trial of this matter, Plaintiff's designation is not required or contemplated by this Court's Scheduling Order (Doc. 19) or Rule 32(a)(3) of the Federal Rules of Civil Procedure.

Respectfully submitted this 12th day of March, 2008.

/s/  J. Trent Scofield

Timothy A. Palmer (PAL-009)
J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnss.com

Matthew K. Johnson
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC  29602
Tel.: (864) 271-1300
Fax: (864) 235-8806
E-mail: matthew.johnson@odnss.com
**Pro Hac Vice Granted 05/15/07**

Attorneys for Defendants Hyundai Motor
Manufacturing Alabama, LLC and
Hyundai Motor America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2008, I electronically filed the foregoing *Defendants' Response to Plaintiff's Deposition Excerpts* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, Jeffrey Rayborn Sport, Timothy A. Palmer, T. Scott Kelly, and Matthew K. Johnson.

/s/ J. Trent Scofield
J. Trent Scofield (SCO-024)

5555289.1