IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:07-CV-306-MHT |
| ) | (WO) |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The court has now entered an opinion and order resolving ICM's motion to quash. (doc. # 92) In that opinion the court noted it had reviewed *in camera* documents provided to it by ICM. Those documents should be preserved for review of the court's conclusion about the motion to quash. Accordingly, it is

ORDERED that the Clerk of the Court shall maintain as part of the file of this case those document reviewed *in camera* by the court in paper form only. The undersigned shall deliver the documents to the Clerk. It is further

ORDERED that these documents be and are hereby SEALED and except for court personnel shall not be disclosed to any person including the parties and counsel in this case.

Done this 17th day of March, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE