**IN THE UNITED STATES DISTRICT COURT**
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **CASE NO.** |
| | ) | **2:07-cv-00306-MHT-CSC** |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| ALABAMA, LLC, and HYUNDAI | ) | |
| MOTOR AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' WITNESS LIST**

Pursuant to the Court's Uniform Scheduling Order (Doc. 19), Plaintiff submits the following objections to the witness list filed by Defendants:

| Defendants' Witness | Objections |
|---|---|
| Brian Roby, Assistant Manager, Plant Engineering, HMMA | Plaintiff objects on the grounds that this witness was not timely identified as required by Rule 26(a)(1)(A), nor have Defendants offered any "substantial justification" for not disclosing him during discovery. His exclusion is therefore proper. *See Heidtman v. County of El Paso*, 171 F.3d 1038, 1040 (5th Cir. 1999) (non-disclosing party offered no explanation for failure to disclose; exclusion proper). Plaintiff had no opportunity to discover witness' testimony. Witness should therefore be excluded because Plaintiff would be prejudiced by his testimony under FRE 403. |
| Andy Dishman, Assistant Manager, Safety, HMMA | Plaintiff objects on the grounds that this witness was not timely identified as required by Rule 26(a)(1)(A), nor have Defendants offered any "substantial justification" for not disclosing him during discovery. His exclusion is therefore proper. *See Heidtman v. County of El Paso*, 171 F.3d 1038, 1040 (5th Cir. 1999) (non-disclosing party offered no explanation for failure to disclose; exclusion proper). Plaintiff had no opportunity to discover witness' testimony. Witness should therefore be excluded because |

- 1 -

| | Plaintiff would be prejudiced by his testimony under FRE 403. |
|---|---|
| Paul Dunbar, Specialist, Public Relations, HMMA | Plaintiff objects on the grounds that this witness was not timely identified as required by Rule 26(a)(1)(A), nor have Defendants offered any "substantial justification" for not disclosing him during discovery. His exclusion is therefore proper. *See Heidtman v. County of El Paso*, 171 F.3d 1038, 1040 (5th Cir. 1999) (non-disclosing party offered no explanation for failure to disclose; exclusion proper). Plaintiff had no opportunity to discover witness' testimony. Witness should therefore be excluded because Plaintiff would be prejudiced by his testimony under FRE 403. |
| Tim Haseltine, Assistant Manager, Public Relations, HMMA | Plaintiff objects on the grounds that this witness was not timely identified as required by Rule 26(a)(1)(A), nor have Defendants offered any "substantial justification" for not disclosing him during discovery. His exclusion is therefore proper. *See Heidtman v. County of El Paso*, 171 F.3d 1038, 1040 (5th Cir. 1999) (non-disclosing party offered no explanation for failure to disclose; exclusion proper). Plaintiff had no opportunity to discover witness' testimony. Witness should therefore be excluded because Plaintiff would be prejudiced by his testimony under FRE 403. |
| Sheron Rose, Govt. Affairs/Diversity Mgr., HMMA | Plaintiff objects on the grounds that this witness was not timely identified as required by Rule 26(a)(1)(A), nor have Defendants offered any "substantial justification" for not disclosing her during discovery. Her exclusion is therefore proper. *See Heidtman v. County of El Paso*, 171 F.3d 1038, 1040 (5th Cir. 1999) (non-disclosing party offered no explanation for failure to disclose; exclusion proper). Plaintiff had no opportunity to discover witness' testimony. Witness should therefore be excluded because Plaintiff would be prejudiced by her testimony under FRE 403. |

Dated: March 31, 2008

Respectfully submitted,

s/ Jeffrey R. Sport_____
Jeffrey R. Sport (SPORJ5390)

OF COUNSEL:

KILBORN, ROEBUCK & McDONALD
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747
E-mail: jeff.sport@sportlaw.us

**Attorney for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 31st day of March, 2008, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Timothy A. Palmer, Esq.
J. Trent Scofield, Esq.
T. Scott Kelly, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

Matthew K. Johnson, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602

s/ Jeffrey R. Sport_____ ___
COUNSEL