### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **JERRY LEON DEES, JR.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:07-cv-00306-MHT-CSC** |
| ) | |
| **HYUNDAI MOTOR MANUFACTURING** ) | |
| **ALABAMA, LLC, and HYUNDAI MOTOR** ) | |
| **AMERICA, INC.,** ) | |
| ) | |
|     **Defendants.** ) | |

### DEFENDANTS' AMENDED MOTION TO CONTINUE AND REQUEST FOR EXPEDITED TELEPHONE HEARING

Defendants Hyundai Motor Manufacturing Alabama, LLC and Hyundai Motor America, Inc. (collectively "Defendants"), through undersigned counsel, hereby submit this amendment in order to supplement their currently pending Motion to Continue and Request for Expedited Telephone Hearing (Doc. 135). Defendants further state:

1. Defendants' referenced Motion to Continue was simultaneously filed in both this case and the <u>Gallagher</u> case, pending in the United States District Court for the Northern District of Alabama.

2. At or about 3:21 p.m. on April 1, 2008, the <u>Gallagher</u> Court entered an Order (Docket Text) denying the Defendants' Motion to Continue. A copy of this Order is attached hereto as Exhibit A.

3. Defendants' file this Amendment to ensure that this Court is timely apprised of the <u>Gallagher</u> Court's ruling.

Respectfully submitted this 1st day of April, 2008.

/s/  J. Trent Scofield
Timothy A. Palmer (PAL-009)
J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: timothy.palmer@odnss.com
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnss.com

Matthew K. Johnson
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC  29602
Tel.: (864) 271-1300
Fax: (864) 235-8806
E-mail: matthew.johnson@odnss.com
**Pro Hac Vice Granted 05/15/07**

Attorneys for Defendants Hyundai Motor
Manufacturing Alabama, LLC and
Hyundai Motor America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, Jeffrey Rayborn Sport, Timothy A. Palmer, T. Scott Kelly, and Matthew K. Johnson.

/s/ J. Trent Scofield
OF COUNSEL

6185787.1

# EXHIBIT A

# Scofield, J. Trent

| | |
|---|---|
| **From:** | cmecf_ALND@alnd.uscourts.gov |
| **Sent:** | Tuesday, April 01, 2008 3:21 PM |
| **To:** | ecfAdmin@alnd.uscourts.gov |
| **Subject:** | Activity in Case 2:06-cv-00770-CLS Gallagher v. Blue Cross Blue Shield of Alabama, Inc. Order on Motion to Continue |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered on 4/1/2008 at 3:21 PM CDT and filed on 4/1/2008
**Case Name:**       Gallagher v. Blue Cross Blue Shield of Alabama, Inc.
**Case Number:**   2:06-cv-770
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER denying [53] Motion to Continue and request for expedited telephonic hearing. This case remains set for trial at 9:00 a.m. on April 14, 2008, in Birmingham, Alabama. Signed by Judge C Lynwood Smith Jr on 004/01/2008. (LCW)


**2:06-cv-770 Notice has been electronically mailed to:**

Sterling L DeRamus    sderamus@bellsouth.net

Peyton Lacy , Jr    peyton.lacy@odnss.com

Heather N Leonard    Heather@LawyerHeather.com

Veronica L Merritt    veronica.merritt@odnss.com

Timothy A Palmer    timothy.palmer@ogletreedeakins.com

J Trent Scofield    trent.scofield@odnss.com

**2:06-cv-770 Notice has been delivered by other means to:**

4/1/2008