IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,           )
                                )
    Plaintiff,                  )
                                )
                                )   CIVIL ACTION NO.
    v.                          )     2:07cv306-MHT
                                )
HYUNDAI MOTOR MANUFACTURING     )
ALABAMA, LLC, and HYUNDAI       )
MOTOR AMERICA, INC.,            )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion for leave to file a reply (Doc. No. 157) is granted.

DONE, this the 2nd day of April, 2008.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE