IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,            )
                                 )
    Plaintiff,                   )
                                 )    CIVIL ACTION NO.
    v.                           )      2:07cv306-MHT
                                 )
HYUNDAI MOTOR MANUFACTURING      )
ALABAMA, LLC, and HYUNDAI        )
MOTOR AMERICA, INC.,             )
                                 )
    Defendants.                  )
```

## ORDER

In view of the fact that an on-the-record status conference was held on April 2, 2008, it is ORDERED that requests for expedited telephone hearing (Doc. Nos. 135 & 158) are denied as moot.

DONE, this the 2nd day of April, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE