IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,            )
                                 )
    Plaintiff,                   )
                                 )
                                 )    CIVIL ACTION NO.
    v.                           )    2:07cv306-MHT
                                 )
HYUNDAI MOTOR MANUFACTURING      )
ALABAMA, LLC, and HYUNDAI        )
MOTOR AMERICA, INC.,             )
                                 )
    Defendants.                  )
```

ORDER

Based upon the representations made during an on-the-record status conference on April 2, 2008, and the written statements of the parties, it is ORDERED as follows:

(1) The motions to continue (Doc. Nos. 135 & 158) are granted.

(2) The jury selection and trial of this cause are reset for May 27, 2008, at 10:00 a.m. at the Frank M.

Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama

DONE, this the 2nd day of April, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**