IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,            )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )        2:07cv306-MHT
                                 )
HYUNDAI MOTOR MANUFACTURING      )
ALABAMA, LLC, and HYUNDAI        )
MOTOR AMERICA, INC.,             )
                                 )
    Defendants.                  )
```

### ORDER

It is ORDERED that the motion to bifurcate trial (doc. no. 142) is set for submission, without oral argument, on April 18, 2008, with all briefs due by said date.

DONE, this the 3rd day of April, 2008.

                                   /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE