IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,            )
                                 )
    Plaintiff,                   )
                                 )     CIVIL ACTION NO.
    v.                           )       2:07cv306-MHT
                                 )
HYUNDAI MOTOR MANUFACTURING      )
ALABAMA, LLC, and HYUNDAI        )
MOTOR AMERICA, INC.,             )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED that the motion to disqualify expert (doc. no. 144) is set for submission, without oral argument, on April 18, 2008, with all briefs due by said date.

DONE, this the 3rd day of April, 2008.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE