IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,           )
                                )
    Plaintiff,                  )
                                )
    v.                          )   CIVIL ACTION NO.
                                )   2:07cv306-MHT
                                )
HYUNDAI MOTOR MANUFACTURING     )
ALABAMA, LLC, and HYUNDAI       )
MOTOR AMERICA, INC.,            )
                                )
    Defendants.                 )
```

### ORDER

Upon consideration of the parties' motions in limine (Doc. Nos. 137, 141, 143, 147, & 154) and objections (Doc. Nos. 145, 146, 152, & 153), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than April 11, 2008, to attempt to resolve the motions and objections; and

(2) File a jointly prepared report by April 18, 2008, (a) as to which motions and objections are resolved and which ones remain unresolved and (b), for each and every

unresolved motion and objection, setting forth in detail the position of each side.

DONE, this the 3rd day of April, 2008.


          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE