IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv306-MHT |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| ALABAMA, LLC, and HYUNDAI | ) | |
| MOTOR AMERICA, INC., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the pretrial order (Doc. No. 118) is amended to reflect that pretrial briefs are due by May 21, 2008.

DONE, this the 3rd day of April, 2008.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE