IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,           )
                                )
    Plaintiff,                  )
                                )
                                )       CIVIL ACTION NO.
    v.                          )         2:07cv306-MHT
                                )
HYUNDAI MOTOR MANUFACTURING     )
ALABAMA, LLC, and HYUNDAI       )
MOTOR AMERICA, INC.,            )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion to file supplemental authority (Doc. No. 169) is granted.

DONE, this the 16th day of April, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE