**IN THE UNITED STATES DISTRICT COURT**
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **CASE NO.** |
| | ) | **2:07-cv-00306-MHT-CSC** |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| ALABAMA, LLC, and HYUNDAI | ) | |
| MOTOR AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT TRIAL BRIEF

Comes now the Plaintiff, JERRY LEON DEES, JR. ("Dees"), by and through his counsel of record, and respectfully moves the Court for an extension of time for Dees to submit his trial brief. As grounds for this motion, Dees submits the following:

1.      On April 3, 2008, in conjunction with the resetting of the trial in this action, the Court reset the date for submission of trial briefs to May 21, 2008. (Doc. 167)

2.      This afternoon, May 20, 2008, the Court notified Plaintiff's counsel that a ruling on Defendants' motion for summary judgment was forthcoming, and further informed counsel that two of Plaintiff's claims, specifically Plaintiff's USERRA harassment claim and state law conversion claim, would be proceeding to trial.

3.      Given the dismissal of Plaintiff's USERRA termination claim and the immediate proximity of the due date for filing his trial brief, Plaintiff needs time to review the Court's written order and prepare the appropriate trial brief for submission to the Court.

- 1 -

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves the Court to extend the time allowed for Dees to submit his trial brief until May 26, 2008, or such other time as the Court finds appropriate.

Respectfully submitted,


s/ Jeffrey R. Sport_____
Jeffrey R. Sport (SPORJ5390)


OF COUNSEL:

KILBORN, ROEBUCK & McDONALD
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747
E-mail: jeff.sport@sportlaw.us

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 20th day of May, 2008, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

J. Trent Scofield, Esq.
Timothy A. Palmer, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

Matthew K. Johnson, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602

s/ Jeffrey R. Sport_____
COUNSEL