IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAY 20 A II: 36

| | |
|---|---|
| **JERRY LEON DEES, JR.,** | |
| **Plaintiff,** | |
| v. | CIVIL ACTION NO.: 2:07-cv-00306-MHT-CSC |
| **HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, and HYUNDAI MOTOR AMERICA, INC.,** | |
| **Defendants.** | |

### DEFENDANTS' NOTICE OF MANUAL FILING OF CONTESTED EXHIBITS MAINTAINED IN DVD FORMAT

Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") and Defendant Hyundai Motor America, Inc. ("HMA") (collectively "Defendants") hereby give notice that, in connection with Defendants' Responses to Plaintiff's Objections to Defendants' Exhibit List, Defendants have manually filed two (2) DVDs and have provided courtesy copies of the same to the Court's chambers. Defendants further state:

1. Defendants' Exhibit 25 and Exhibit 26 were tendered to Plaintiff's counsel in DVD format. These exhibits contain videotape and/or moving picture images. Defendants' counsel does not believe that said exhibits may be filed electronically as if they were "hard copy" documents.

2. Plaintiff has objected to Defendants' use of these exhibits and Defendants are tendering them to the Court for its review in advance of trial.

Respectfully submitted this 20th day of May, 2008.

/s/ Timothy A. Palmer
_____
Timothy A. Palmer (PAL-009)
J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: timothy.palmer@odnss.com
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnss.com

Matthew K. Johnson
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602
Tel.: (864) 271-1300
Fax: (864) 235-8806
E-mail: matthew.johnson@odnss.com
**Pro Hac Granted 5/15/07**

Attorneys for Defendants Hyundai Motor
Manufacturing Alabama, LLC and
Hyundai Motor America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, I served a copy of the foregoing via electronic mail and First Class U. S. Mail, postage prepaid, addressed as follows:

Jeffrey R. Sport, Esq.
Vincent F. Kilborn, Esq.
David Allen McDonald, Esq.
W. Perry Hall, Esq.
Kilborn, Roebuck & McDonald
P.O. Box 66710
Mobile, AL 36660

_____
OF COUNSEL

6322537.1