IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


```
JERRY LEON DEES, JR.,           )
                                )
    Plaintiff,                  )
                                )          CIVIL ACTION NO.
    v.                          )            2:07cv306-MHT
                                )
HYUNDAI MOTOR MANUFACTURING     )
ALABAMA, LLC, and HYUNDAI       )
MOTOR AMERICA, INC.,            )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the defendants' motion to strike
(Doc. No. 116) is denied.

In resolving the pending summary-judgment motion, the
court has considered the motion to strike as a notice of
objections to the testimony described and considered the
briefs on the motion as evidentiary briefs.  See Norman
v. S. Guar. Ins. Co., 191 F.Supp.2d 1321, 1328 (M.D. Ala.
2002) (Thompson, J.); Anderson v. Radisson Hotel Corp.,
834 F.Supp. 1364, 1368 n.1 (S.D. Ga. 1993) (Bowen, J.).
The court then sifted evidence, as required by the

summary-judgment    standard,    without    resort    to    an

exclusionary process.

    DONE, this the 21stday of May, 2008.


                                     /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE