**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JERRY LEON DEES, JR.,**   ) | |
| )  | |
| **Plaintiff,**   ) | |
| )  | |
| **vs.**   ) | |
| )  | **CASE NO. 2-07CV306-MHT** |
| **HYUNDAI MOTOR MANUFACTURING**   ) | |
| **ALABAMA, LLC, and HYUNDAI MOTOR**   ) | |
| **AMERICA, INC.,**   ) | |
| )  | |
| **Defendants.**   ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO SUBMIT TRIAL BRIEF**

Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") responds to Plaintiff's Motion for Extension of Time to Submit Trial Brief (Doc. 182) as follows:

1. On May 20, 2008, Plaintiff filed a motion seeking additional time to file his trial brief in light of the fact that the Court informed the parties of its intention to issue an order on Defendants' Motion for Summary Judgment.

2. Specifically, Plaintiff sought an extension from May 21, 2008, until May 26, 2008 to file his trial brief.

3. On May 21, 2008, this Court issued an Opinion and Order dismissing Plaintiff's USERRA termination and his outrage claim against HMMA and also dismissed all claims against Defendant Hyundai Motor America ("HMA"). (Docs. No. 186 and 187).

4. Due to this development, Defendant HMMA joins in Plaintiff's motion to extend the deadline to file a trial brief until May 26, 2008, so it can tailor its trial brief to the remaining claims in this matter.

WHEREFORE, premises considered, Defendant Hyundai Motor Manufacturing Alabama, LLC, moves this Court to extend the time allowed for Defendant to submit its trial brief until May 26, 2008, or other such time as the Court finds appropriate.

Respectfully submitted this the 21st day of May, 2008.

/s/ J. Trent Scofield
J. Trent Scofield (SCO024)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Tel.: (205) 328-1900
Fax: (205) 328-6000
trent.scofield@ogletreedeakins.com

Attorneys for Defendants Hyundai Motor Manufacturing Alabama, LLC, and Hyundai Motor America, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, Jeffrey R. Sport, Timothy A. Palmer, T. Scott Kelly, and Matthew K. Johnson

/s/ J. Trent Scofield
**OF COUNSEL**

6330284.1