IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv306-MHT |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| ALABAMA, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that defendant Hyundai Motor Manufacturing Alabama's motions in limine to exclude evidence of the size or residence of defendant's law firm (Doc. No. 138), evidence of any alleged emotional distress suffered by plaintiff Jerry Leon Dees, Jr. (Doc. No. 139), and evidence violating attorney-client or work-product privilege (Doc. No. 140) are set for submission, without oral argument, on May 23, 2008, with all briefs and evidentiary materials due by said date.

DONE, this the 22nd day of May, 2008.

                                /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE