IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JERRY LEON DEES, JR.,          )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )         2:07cv306-MHT
                               )
HYUNDAI MOTOR MANUFACTURING )
ALABAMA, LLC,                  )
                               )
        Defendant.             )

ORDER

It is ORDERED that the plaintiff's motion for
extension of time to submit trial brief (doc. no. 182) is
granted as to all parties.

DONE, this the 22nd day of May, 2008.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE