IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,           )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )     2:07cv306-MHT
                                )
HYUNDAI MOTOR MANUFACTURING     )
ALABAMA, LLC,                   )
                                )
    Defendant.                  )
```

ORDER

It is ORDERED that the motions for leave to file responses (doc. nos. 177 & 178) are granted. The arguments made by plaintiff were considered by the court.

DONE, this the 22nd day of May, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE