IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERRY LEON DEES, JR.,**<br><br>    Plaintiff,<br><br>v.<br><br>**HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, and HYUNDAI MOTOR AMERICA, INC.,**<br><br>    Defendants. | **CIVIL ACTION NO.:**<br>**2:07-cv-00306-MHT-CSC** |

### DEFENDANT'S NOTICE FILING ANTI-HARASSMENT POLICY

At the Court's request, Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") hereby gives notice of its filing of its policy prohibiting workplace harassment. The referenced policy is attached hereto as Exhibit A.

Respectfully submitted this 23rd day of May, 2008.

/s/  J. Trent Scofield

Timothy A. Palmer (PAL-009)
J. Trent Scofield (SCO-024)
T. Scott Kelly (KEL-053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: trent.scofield@odnss.com

Attorneys for Defendant Hyundai Motor
Manufacturing Alabama, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2008, I electronically filed the foregoing *Notice of Filing Anti-Harassment Policy* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, Jeffrey Rayborn Sport, Timothy A. Palmer, T. Scott Kelly, and Matthew K. Johnson.

/s/ J. Trent Scofield
J. Trent Scofield (SCO-024)

6335807.1

# Jerry Dees v. HMMA
# 2:07-cv-00306-MHT-CSC

# EXHIBIT A

**Defendant's Notice of Filing
Anti-Harassment Policy**

| ![Hyundai] Hyundai Motor Manufacturing Alabama | Harassment Policy | HR-AL-HR-TR-S-00014 |
|---|---|---|
| Revision Date: 4-Nov-04 | Owner: Team Relations | Revision Level: 01 |

Harassment

HMMA is committed to providing a work environment that is free of discrimination and unlawful harassment. Actions, words, jokes, or comments based on an individual's sex, race, ethnicity, age (40+), religion, or any other legally protected characteristic will not be tolerated. Discrimination and unlawful harassment (both overt and subtle) are forms of misconduct that demean another person and undermine the integrity of the employment relationship. This type of behavior is strictly prohibited. Any Team Member engaging in unlawful discrimination or harassment may be subject to disciplinary action, up to and including termination of employment.

What is Harassment?

Harassment can take many forms. It may be, but is not limited to, words, signs, jokes, pranks, intimidation, physical contact, or violence. Harassment is not necessarily sexual in nature.

One form of illegal discrimination and harassment is sexual harassment. We may generally categorize "sexual harassment" as unwanted and unwelcome verbal, physical, or visual behavior or conduct that is either (1) sexual in nature or (2) directed at a person's gender where:

- Submission to the behavior may be perceived to be a term or condition of employment;

- Submission to or rejection of the behavior is used as the basis for making employment decisions such as promotions, transfers, annual evaluations, etc.; or

- Such conduct creates an intimidating, hostile, or offensive working environment or interferes with an individual's work performance.

Examples of sexual harassment include, but are not limited to, the following:

- Innuendoes, jokes, comments, slurs, invitations, or graphic commentary about an individual's body which are either sexual in nature or directed at a person's gender;

NOTICE: Paper copies of this Procedure should NOT be used for decision making purposes. Only use the electronic copy at R:HR Dept/Policies and forms/Policy & Procedure

1

DEES V HMMA 00083 DOCS PRODUCED

- Sexually suggestive or obscene objects, pictures, cartoons, posters, calendars, clothing, notes, letters, emails, or electronic media;

- Sexual gestures, leering, touching, assaulting, or impeding or blocking movements.

1. Responsibility

As an HMMA Team Member, you are responsible for keeping our work environment free of harassment. Any Team Member who becomes aware of an incident of harassment, whether by witnessing the incident or being told of it, must report it to the Team Relations Manager or any member of management of HMMA with whom you feel comfortable. When HMMA becomes aware that harassment might exist, it will take prompt and appropriate action.

2. Reporting Harassment

If you feel that you have experienced harassment, you should take action immediately. If you are able, clearly explain to the person causing the harassment that you are uncomfortable with his or her behavior and request that the conduct cease immediately. If you are uncomfortable with that direct approach, report the incident immediately to the Team Relations Manager or any member of management of HMMA with whom you feel comfortable. HMMA will not retaliate against any Team Member who makes a good faith report of alleged harassment, even if the Team Member was in error.

3. Investigation of Complaints of Harassment/Confidentiality

All reports will be promptly investigated with due regard for the privacy of everyone involved. Due to the sensitive nature of complaints of sexual and other unlawful harassment, the Team Relations Department will investigate the complaints with particular care, and, to the extent possible, keep them confidential. Please be advised that anonymous claims usually cannot be investigated.

4. Immediate and Appropriate Corrective Action

Any Team Member found to have harassed a fellow Team Member or subordinate will be subject to severe disciplinary action or possible discharge. HMMA will also take any additional action necessary to correct the situation immediately.

DEES V HMMA 00084  DOCS PRODUCED

5. Consensual, Romantic or Sexual Relationships

   5.1 HMMA strongly discourages romantic or sexual relationships between Team Members.

   5.2 HMMA prohibits romantic or sexual relationships between any HMMA member of management and any subordinate Team Member. Such a relationship may give rise to the perception by others that there is favoritism or bias in employment decisions affecting the Team Member. Moreover, given the uneven balance of power within such relationships, consent by the Team Member is suspect and may be viewed by others or, at a later date, by the Team Member himself or herself as having been given as a result of coercion or intimidation. The atmosphere created by such appearances of bias, favoritism, intimidation, coercion or exploitation undermines the spirit of trust and mutual respect which is essential to a healthy work environment.

DEES V HMMA 00085  DOCS PRODUCED

I ACKNOWLEDGE RECEIPT OF THE HMMA ANTI-HARASSMENT POLICY AND COMPLAINT POLICY.

THIS POLICY IS PART OF THE COMPANY'S COMPLIANCE WITH FEDERAL AND STATE LAW PROHIBITING HARASSMENT. THE HARASSMENT POLICY CREATES NO CONTRACTUAL OBLIGATIONS ON THE PART OF HMMA OR ITS TEAM MEMBERS AND DOES NOT ALTER THE AT-WILL RELATIONSHIP BETWEEN HMMA AND ITS TEAM MEMBERS. YOU ARE FREE TO RESIGN AT ANY TIME, AND HMMA HAS THE SAME ABILITY TO TERMINATE THE EMPLOYMENT RELATIONSHIP. THE COMPANY RESERVES THE RIGHT TO REVISE THIS POLICY, WITHOUT NOTICE, TO RESPOND TO BUSINESS CONDITIONS AS THEY ARISE.

_____   _____
[Team Member's Signature]                [Date]

DEES V HMMA 00086  DOCS PRODUCED