IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR.,            ) | |
|                                      ) | |
|     Plaintiff,            ) | |
|                                      )    CIVIL ACTION NO. | |
|     v.                    )    2:07cv306-MHT | |
|                                      ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, and HYUNDAI    ) | |
| MOTOR AMERICA, INC.,           ) | |
|                                      ) | |
|     Defendants.           ) | |

**ORDER**

It is ORDERED that plaintiff Jerry Leon Dees, Jr., is allowed until noon on Monday, May 26, 2008, to file a brief addressing the following motions (and if the motion is for leave to file, the plaintiff shall address both the leave motion and the substance of the motion for which leave to file is sought): motions to strike and for leave to file (Doc. Nos. 194, 195, 197, 198, 199, and 201).

DONE, this the 23rd day of May, 2008.

                                                    /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE