IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JERRY LEON DEES, JR.,**        )<br>      Plaintiff,             )<br>                                )<br>Vs.                             )<br>                                )<br>**HYUNDAI MOTOR MANUFACTURING** )<br>**ALABAMA, LLC, and HYUNDAI**   )<br>**MOTOR AMERICA, INC.,**        )<br>      Defendants.            ) | CASE NO.<br>2:07-cv-00306-MHT-CSC |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO MOTION IN LIMINE REGARDING
ANY EMOTIONAL DISTRESS SUFFERED BY PLAINTIFF**

The Plaintiff hereby moves the Court for an enlargement of time to file a response in opposition to Defendant's motion in limine regarding any emotional distress suffered by Plaintiff. (Doc. 139). By order dated May 22, 2008 (doc. 190), the Court set a deadline of today– May 23, 2008– to submit a response to the aforementioned motion as well as two other motions in limine (docs. 138 & 140). The Plaintiff will respond to those two motions today but, for the following reasons, requests an enlargement of time to respond to the emotional distress motion in limine by Monday at noon at the same time as he responds to the Defendants' motions to strike and for leave pursuant to the Court's Order of today (doc. 203).

**Grounds for Requested Enlargement of Time**

1.  The motion in limine regarding any emotional distress suffered by the Plaintiff raises and involves the same or similar issues to those raised in today's Motion to Strike All Plaintiff's Claims for Monetary Relief under USERRA (doc. 194) and motion for leave to file a motion in limine to exclude testimony regarding lost wages and benefits (doc. 199).

2.  Two purposes would be served by the requested enlargement: (1) the Plaintiff will

have additional and adequate time to address the significant issues recently raised by the Court's Opinion on Summary Judgment and the new motions filed by the Defendants and how they should be resolved by the Court prior to trial; and (2) judicial economy would be served by addressing these issues in a consolidated response to all 3 motions.

Based on the foregoing, the Plaintiff respectfully requests an enlargement of time to respond to the Defendant's motion in limine regarding emotional distress until noon on Monday, May 26.

Dated:   May 23, 2008.

Respectfully submitted,

/s/ W. Perry Hall
VINCENT F. KILBORN, III
W. PERRY HALL (HALLW9043)
JEFFREY R. SPORT (SPORJ5390)
Kilborn, Roebuck & McDonald
1810 Old Government Street
Mobile, Alabama 36606
Tele: 251/479-9010
Fax: 251/479-6747

OF COUNSEL:

David A. McDonald
KILBORN, ROEBUCK & McDONALD
203 South Warren Street (36602)
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing on counsel of record on May 23, 2008, by filing on the CMF/ECF system, which will transmit a copy to the following:

J. Trent Scofield, Esq.
Timothy A. Palmer, Esq.
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL  35203-2118

Matthew K. Johnson, Esq.
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
Post Office Box 2757
Greenville, SC  29602

            /s/ W. Perry Hall
              COUNSEL