IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv306-MHT |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

So that the parties may file motions for reconsideration with regard to the court's summary-judgment opinion and judgment entered on May 21, 2008 (Doc. Nos. 186 and 187), it is ORDERED as follows:

(1) The jury selection and trial are continued to September 8, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr., United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

(2) The parties are allowed until June 2, 2008, to file motions for reconsideration with briefs.

DONE, this the 27th day of May, 2008.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**