IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR.,                ) | |
|                        ) | |
|     Plaintiff,            ) | |
|                        ) | CIVIL ACTION NO. |
|     v.                    ) | 2:07cv306-MHT |
|                        ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC,                       ) | |
|                        ) | |
|     Defendant.            ) | |

ORDER

In view of the fact that the trial has been continued and the court is reconsidering the issue of summary judgment, it is ORDERED as follows:

(1) The pending motions in limine, to disqualify, to bifurcate, to strike, and for leave to file (Doc. Nos. 137, 138, 139, 140, 141, 142, 143, 144, 147, 154, 193, 194, 195, 197, 198, 199, and 201) are denied with leave to renew on or before August 25, 2008.

(2) The pending objections (Doc. Nos. 145, 146, 152, 153, 180, and 181) are overruled with leave to renew on or before August 25, 2008.

DONE, this the 28th day of May, 2008.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**