IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **JERRY LEON DEES, JR.,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:07cv306-MHT |
| | ) | |
| **HYUNDAI MOTOR MANUFACTURING** | ) | |
| **ALABAMA, LLC,** | ) | |
| | ) | |
|     Defendant. | ) | |

### ORDER

It is ORDERED that the motions for reconsideration (doc. nos. 212 & 213) are set for submission, without oral argument, on June 20, 2008, with all briefs due by said date.

DONE, this the 3rd day of June, 2008.

                         /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**