**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**JERRY LEON DEES, JR.,**

      **Plaintiff,**

**v.**

**HYUNDAI MOTOR MANUFACTURING**
**ALABAMA, LLC, and HYUNDAI**
**MOTOR AMERICA, INC.,**

      **Defendants.**

**CIVIL ACTION NO.:**
**2:07-cv-00306-MHT-CSC**

**DEFENDANT HYUNDAI MOTOR AMERICA, INC.'S**
**MOTION FOR ALLOWANCE OF COSTS**

Defendant Hyundai Motor America, Inc. (hereinafter "HMA" or "Defendant") files this motion and supporting authorities to seek reimbursement of costs incurred in this case. HMA has contemporaneously attached hereto a Bill of Costs and the Affidavit of J. Trent Scofield (defense counsel) in connection with this motion as Exhibit A. In further support, HMA states:

**I.    Procedural History**

1.    In this action, Plaintiff Jerry Leon Dees asserted three causes of action (USERRA, outrage, and conversion) against two defendants: HMA and Hyundai Motor Manufacturing Alabama, LLC ("HMMA"). (Doc. 2, Complaint).

2.    Plaintiff sought to bind HMA on an alter ego-mere instrumentality theory of recovery. (*Id.*). From the outset of this litigation, HMA denied it played any role in Plaintiff's termination and maintained it was a separate and distinct entity from Plaintiff's former employer, HMMA. At the same time, HMMA admitted that it had employed Plaintiff and HMA had no role in terminating him. HMA timely moved to dismiss Plaintiff's claims against it. (Doc. 8).

1

However, this Court denied HMA's motion to dismiss and deferred resolution of this issue until summary judgment. (Doc. 11). HMA then filed its answer and denied liability as to all claims that Plaintiff asserted against it. (Doc. 17).

3.    During discovery, Plaintiff aggressively pursued all of his claims against both HMA and HMMA. In the context of deciding a discovery dispute, this Court noted:

> As a practical matter the court is skeptical about the efficacy of the plaintiff spending time, effort and money to pursue a theory that will profit him little or nothing. Even if he is successful on his claims, the plaintiff's recovery will not be changed by showing that Hyundai Motor America, Inc. had anything to do with his treatment. Indeed, the court has been tempted to employ the general provisions of FED.R.CIV.P. 1 to restrict the scope of depositions "to secure the just, speedy and inexpensive determination of" this action. But, in the end, the plaintiff knows his case the best, and where as here the discovery is consistent with the rules, the court should not interfere simply because the court thinks the tactics are fruitless and wasteful.[1]

4.    Both HMA and HMMA timely moved for summary judgment. (*See* Docs. 67-69). Plaintiff opposed entry of summary judgment and, at all times maintained that he was entitled to recovery against HMA on all of the claims he had asserted against it. (Doc. 107 at pp. 14-15, 35-37).

5.    On May 21, 2008, the Court entered an Opinion which summarily rejected all of Plaintiff's claims against HMA. (Doc. 186 at pp. 4-7, 22-25). On the same date, a Rule 58 Judgment was entered dismissing all claims against HMA. (Doc. 187).

## II.    Argument

6.    Because HMA prevailed on the state law claims asserted by Plaintiff, HMA is entitled to seek costs pursuant to 28 U.S.C. § 1920.

---

[1]  Doc. 88 at p. 5. The Court further notes, "And, of course, if he [plaintiff] is not successful he only has substantially increased his cost of litigation." *Id.* at n. 7.

7.    USERRA provides that "[n]o fees or court costs may be charged against any person claiming rights under this chapter."  38 U.S.C. § 4323(h).

8.    However, the statute **does not** specifically prohibit a court from taxing fees and costs against a plaintiff who has asserted claims that are separate and distinct from USERRA claims.

9.    The mere fact that Dees asserted USERRA claims against HMA in addition to his state law claims does not preclude this Court from taxing costs and fees against him.  *See Brinkley v. Dialysis Clinic, Inc.,* 2006 WL 566799 (M.D. Ala. March 1, 2006) (costs taxed against three plaintiffs related to race discrimination claims even though same plaintiffs also had claims for violations of USERRA) (Thompson, J.); *see also, Chance v. Dallas Cty Hosp. Dist.,* 176 F.3d 294 (5th Cir. 1999) (a plaintiff who asserts multiple claims and does not prevail may be taxed costs except as to those attributable to the filing and advancing of an USERRA claim); *Key v. Hearst Corp.*, 963 F. Supp. 283 (S.D.N.Y. 1997) (without specifically discussing the issue, taxing costs against a USERRA plaintiff when the plaintiff's original complaint also included a claim for breach of contract, a state military law claim and alleged violations of Title VII and § 1981).

10.    In discovery, the parties conducted the following depositions:  Jerry Dees, Wendy Warner, Robert A. Clevenger, John Gerald Kalson, Mickey Ralph Phillips, Gwang Mun, and Katherine Dees.

11.    This Court has held that it is appropriate for a defendant to seek costs incurred in the taking of depositions.  *See Brinkley*, 2006 WL 566799, at 1 (M.D. Ala. March 1, 2006) (citing *United States v. Kolesar*, 313 F.2d 835, 837-38 (5th Cir. 1963) and *Coleman v. Roadway Express*, 158 F.Supp.2d 1304, 1310 (M.D. Ala. 2001) (Thompson, J.).

12.    Because Gwang Mun does not speak English as his first language, HMA hired a Korean interpreter for his deposition.

13.    Recovery of costs for the use of interpreters is provided by 28 U.S.C. § 1920(6). *See Herard v. ATN Restaurant, Inc*., 2008 WL 123596 at *3 (S.D. Fla. 2008 January 8, 2008) (taxing of costs for an interpreter for use at plaintiff's deposition where plaintiff does not speak English is proper.)

14.    In addition, through the course of discovery, Plaintiff noticed the deposition of HMA's corporate representative for January 21, 2008 in Fountain Valley, California.  On Friday January 18, 2008, Plaintiff's counsel cancelled HMA's corporate representative deposition.  Due to the short notice of the cancellation and the fact that the deposition was scheduled for a legal holiday, HMA incurred the cost of a non-refundable airline ticket for its counsel.

15.    Based on the foregoing facts and authority, HMA submits that it is entitled to the costs and fees set forth in its Bill of Costs attached hereto as Exhibit A.

16.    There is no genuine dispute that costs of $5,372.50, which represents the court reporter and interpreter fees and the cost of the non-refundable airline ticket, were related in large part to Dees' claim that HMA engaged in outrageous behavior and converted his personal belongings in violation of Alabama law.

17.    Under these circumstances, Defendant HMA submits that requiring Plaintiff to reimburse Defendant for the costs related to depositions (i.e., court reporter fees and costs of deposition transcripts), interpreter fees and the non-refundable airline ticket would be fair and equitable.

**III.     Conclusion**

18.     For the foregoing reasons, HMA respectfully requests that this Honorable Court grant leave for HMA to file a Bill of Costs.  A copy of the proposed Bill of Costs and Affidavit of J. Trent Scofield are attached hereto as Exhibit A.

Respectfully submitted this the 19th  day of June, 2008.

/s/  J. Trent Scofield
Timothy A. Palmer (PAL009)
J. Trent Scofield (SCO024)
T. Scott Kelly (KEL053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail:  tim.palmer@odnss.com
E-mail: trent.scofield@odnss.com
E-mail: scott.kelly@odnss.com

Attorneys for Defendants Hyundai Motor
Manufacturing Alabama, LLC and
Hyundai Motor, Inc.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 19th day of June, 2008, I electronically filed the foregoing

*Motion for Allowance of Costs* on behalf of Defendant Hyundai Motor America, Inc. with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: W. Perry Hall, Vincent F. Kilborn, III, David Allen McDonald, Jeffrey R. Sport,

T. Scott Kelly, Matthew K. Johnson, and Timothy A. Palmer.

<div style="margin-left: 45%;">

/s/ J. Trent Scofield
J. Trent Scofield (SCO024)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
E-mail: trent.scofield@odnss.com

</div>

# Jerry Dees v. HMMA
## 2:07-cv-00306-MHT-CSC

# EXHIBIT   A

## Hyundai Motor America's Inc.
## Bill of Costs

## and

## Affidavit of J. Trent Scofield

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

| | |
|---|---|
| Jerry Leon Dees, Jr., Plaintiff | **BILL OF COSTS** |
| V. | |
| Hyundai Motor America, Inc., Defendant | Case Number: 2:07cv306-MHT |

Judgment having been entered in the above entitled action on <u>May 21, 2008</u> against <u>Plaintiff</u> ,
                                                                   Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 3,761.75 |
| Fees and disbursements for printing . . . . . . . . . . . . . (see Attachment A) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | $ 556.80 |
| Other costs (please itemize) . . . . . . . . . . . . . (see Attachment B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,053.50 |
|            (see Attachment C) TOTAL | $ 5,372.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or,

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:    J. Trent Scofield

For:   HYUNDAI MOTOR AMERICA, INC._____      Date: June 19, 2008
                     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

| | By: | | |
|---|---|---|---|
| Clerk of Court | | Deputy Clerk | Date |

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

**Attachment A**

## FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE AGAINST HYUNDAI MOTOR AMERICA, INC.

Exh.

| | | | |
|---|---|---|---|
| 1. | Deposition of Jerry Dees taken on November 20, 2007 | | $1,358.35 |
| 2. | Deposition of Wendy Warner taken on November 15, 2007 | | $ 673.40 |
| 3. | Deposition of Robert A. Clevenger taken on December 13, 2007 | | $ 486.25 |
| 4. | Depositions of John Gerald Kalson and Mickey Ralph Phillips taken January 18, 2008 | | $ 495.00 |
| 5. | Deposition of Gwang Mun taken on January 8, 2008<br>Deposition of Katherine Dees taken January 8, 2008 | $185.65<br>$375.60 | $ 561.25 |
| 6. | Video Deposition of Gwang Mun taken on January 8, 2008 (see attached Notice of Video Deposition from Plaintiff) | | $ 187.50 |

**TOTAL COURT REPORTER FEES:**                    ***$3,761.75***

# FREEDOM REPORTING, INC.

*367 Valley Avenue - Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*

Matthew K. Johnson
Ogletree, Deakins, Nash (SC)
300 North Main Street
Suite 5
Greenville, SC 29601

December 4, 2007

**Invoice#** 00060346

**Balance:** $1,358.35

6363.34 *Deposition of Jerry Dees*

Re: Jerry Leon Dees, Jr. vs. Hyundai Manufacturing Alabama, LLC
Montgomery / 2:07-CV-00306-MHT-CSC / Jerry Leon Dees, Jr.
on 11/20/07
by Angela Smith McGalliard

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 | 120.00 |
| Original & copy: 389 pages | 1,186.45 |
| Exhibits/B & W: 34 | 11.90 |
| Condensed/concordance(s): | 10.00 |
| Depo Disk: | 15.00 |
| Postage: DHL | 15.00 |

Deponent: Jerry Leon Dees, Jr.

Vendor # __215320__ Location # __111__
Approved by __JWJ__ Date __DEC 18 2007__
Resp. Party # _____
G/L code __2012__

Client/Matter # __6363.34__
Cost Code __5170__
Voucher # _____ Pay Date _____

ok to PJ JTS —

P l e a s e   R e m i t   - - - >   Total Due: **$1,358.35**

*All Invoices are due within 30 days of receipt*



EXHIBIT
1
Attachment A

*Henderson & Associates Court Reporters, Inc.*
*Post Office Box 2263*
*Mobile, AL 36652*
*Phone #: (251)694-0950  Fax #: (251)694-7930*

Employer I.D. No. 63-1183616

| Statement Date: |
|---|
| 11/27/2007 |
| Invoice No. |
| 27,811 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

To:

J. TRENT SCOFIELD, ESQUIRE
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ONE FEDERAL PLACE, STE. 1000, 1819 FIFTH AVE N
BIRMINGHAM, AL 35203

RE: DEES VS. HYUNDAI MOTOR MANUFACTURING ET AL

DONNA   HENDERSON

Deposed:  WARNER          *6363.34*
Deposition Date: 11/15/2007    *Deposition of Wendy Warner*

| Code | Description | Charges |
|---|---|---|
| 03 | Copy of Transcript – WENDY WARNER | 549.00 |
| 05 | Copy of Exhibits | 89.40 |
| 04 | Condensed Transcript | 20.00 |
| 07 | ASCii Disk | 5.00 |
| 06 | Postage | 10.00 |

Vendor # *209058*  Location # ____111____
Approved by *JWW*  Date DEC 4 2007
Resp. Party # _____
G/L code *2012* _____
_____
Client/Matter # *6363.34* _____
Cost Code *5192* _____
Voucher # _____ Pay Date _____

|  | To ensure proper credit, please enclose a copy of this invoice with payment. We also accept Visa & Mastercard credit card payments! | **Total:** | 673.40 |
|---|---|---|---|

| TOTAL BALANCE DUE: | 673.40 |
|---|---|



EXHIBIT
2
Attachment A

*ok to Pay / JTS*

**Henderson & Associates Court Reporters, Inc.**
Post Office Box 2263
Mobile, AL 36652
Phone #: (251)694-0950  Fax #: (251)694-7930

Employer I.D. No. 63-1183616

To:

TRENT SCOFIELD, ESQUIRE
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
P.O. BOX 2757
GREENVILLE, SC 29602

| Statement Date |
| --- |
| 12/21/2007 |
| Invoice No. |
| 28,011 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

RE: DEES VS. HYUNDAI MOTOR MANUFACTURING ET AL

Deposed:  WARNER, CLEVENGER                                STACEY L JOHNSON

Deposition Date:  12/13/2007

| Code | Description | Charges |
| --- | --- | --- |
| | | 27.00 |
| 03 | Copy of Transcript - WENDY WARNER | |
| 03 | Copy of Transcript - ROBERT A CLEVENGER | 412.20 |
| 05 | Copy of Exhibits | 3.30 |
| 04 | Condensed Transcript | 20.00 |
| 07 | ASCii Disk | 5.00 |
| 06 | Postage | 10.00 |
| 05L | Laser Copy of Exhibits | 8.75 |

*6363.34 - Dees v. Hyundai*
*Depositions of Wendy Warner &*
*Robert Clevenger*

To ensure proper credit, please enclose a copy of
this invoice with payment.
We also accept Visa & Mastercard credit card
payments!

**Total:**  486.25

Vendor # 209058   Location # 111
Approved by JWJ   Date DEC 31 2007
Resp. Party #
G/L code 2012

Client/Matter # 6363.34
Cost Code 5170
Voucher #                Pay Date

**TOTAL BALANCE DUE:**  486.25

*ou to pay!*
*JTS —*

**EXHIBIT 3**

*Attachment A*

**Henderson & Associates Court Reporters, Inc.**
Post Office Box 2263
Mobile, AL 36652
Phone #: (251)694-0950  Fax #: (251)694-7930

Employer I.D. No. 63-1183616

| | |
|---|---|
| Statement Date | 1/24/2008 |
| Invoice No. | 28,336 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

To:

J. TRENT SCOFIELD, ESQUIRE
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ONE FEDERAL PLACE, STE. 1000, 1819 FIFTH AVE N
BIRMINGHAM, AL  35203

RE:  DEES VS. HYUNDAI MOTOR MANUFACTURING ET AL

*6363.34*

Deposed:  KALSON, PHILLIPS                         STACEY L JOHNSON

Deposition Date:  1/18/2008   *Repos. of John Kalson &*
*Mickey Phillips*

| Code | Description | Charges |
|---|---|---|
| 03 | Copy of Transcript - JOH GERALD KALSON | 111.60 |
| 03 | Copy of Transcript - MICKEY RALPH PHILLIPS | 315.00 |
| 05 | Copy of Exhibits | 8.40 |
| 04 | Condensed Transcript | 40.00 |
| 07 | CD       Vendor # *209058*   Location # ___111___ | 10.00 |
| 06 | Postage  Approved by *JWJ*   Date *FEB 5 2008* | 10.00 |
| | Resp. Party # _____ | |
| | G/L code *2012* | |
| | Client/Matter # *6363.34* | |
| | Cost Code *5170* | |
| | Voucher # _____   Pay Date _____ | |

To ensure proper credit, please enclose a copy of
this invoice with payment.
We also accept Visa & Mastercard credit card
payments!

**Total:**       495.00

| TOTAL BALANCE DUE: | 495.00 |
|---|---|

EXHIBIT
**4**
~~Attachment~~ 5A

*ok to pay / JTS*

*Henderson & Associates Court Reporters, Inc.*
*Post Office Box 2263*
*Mobile, AL 36652*
*Phone #: (251)694-0950  Fax #: (251)694-7930*

Employer I.D. No. 63-1183616

| | |
|---|---|
| Statement Date: | 1/23/2008 |
| Invoice No. | 28,306 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

To:

MATTHEW K. JOHNSON, ESQUIRE
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
P.O. BOX 2757
GREENVILLE, SC 29602

RE: DEES VS. HYUNDAI MOTOR    *6363.34*

Deposed: DEES          *Depositions of Mrs. Dees*
Deposition Date: 1/08/2008    *& Gwang Mun*

STACEY L JOHNSON

| Code | Description | Charges |
|---|---|---|
| 02 | ~~Original & One Copy of Transcript - KATHERINE DEES~~ | 345.60 |
| 04 | Condensed Transcript | 0.00 |
| 01 | Per Diem – Half Day | 60.00 |
| 06 | Postage | 10.00 |
| 03 | Copy of Transcript - GWANG MUN | 140.40 |
| 05 | Copy of Exhibits | 1.50 |
| 05L | Laser Copy of Exhibits | 3.75 |

received
1-24-08

To ensure proper credit, please enclose a copy of
this invoice with payment.
We also accept Visa & Mastercard credit card
payments!

| Total: | 561.25 |
|---|---|

Vendor # *209058*   Location # ____111____
Approved by *JWJ*      Date *JAN 29 2008*
Resp. Party # _____
G/L code *202*

| TOTAL BALANCE DUE: | 561.25 |
|---|---|

Client/Matter # *6363.34*
Cost Code *5170*
Voucher # _____ Pay Date _____

EXHIBIT
5
*Attachment A*

*Henderson & Associates Court Reporters, Inc.*
*Post Office Box 2263*
*Mobile, AL 36652*
*Phone #: (251)694-0950  Fax #: (251)694-7930*

Employer I.D. No. 63-1183616

To:

MATTHEW K. JOHNSON, ESQUIRE
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
P.O. BOX 2757
GREENVILLE, SC 29602

| Statement Date: |
| --- |
| 1/18/2008 |
| Invoice No. |
| 28,269 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

RE: DEES VS. HYUNDAI MOTOR MANUFACTURING ET AL

Deposed:    VIDEO

HENDERS/HENDERSON&ASSOCIATES

Deposition Date:    1/08/2008

| Code | Description | Charges |
| --- | --- | --- |
| V2 | COPY - VIDEO DEPOSITION OF GWANG MUN | 187.50 |
| | Vendor # 209058    Location # 111 | |
| | Approved by (JW)    Date JAN 29 2008 | |
| | Resp. Party # | |
| | G/L code 2012 | |
| | Client/Matter # 6363.34 | |
| | Cost Code 5772 | |
| | Voucher # _____    Pay Date _____ | |
| | To ensure proper credit, please enclose a copy of this invoice with payment. We also accept Visa & Mastercard credit card payments! | **Total:** 187.50 |

| TOTAL BALANCE DUE: | 187.50 |
| --- | --- |

ok/ jts

EXHIBIT
6
attachment A

**Attachment B**

## COMPENSATION OF INTERPRETERS AND COSTS OF SPECIAL INTERPRETATION SERVICES UNDER 28 U.S.C. 1828

1.   Raymond K. Kim, Interpreter's Compensation and Costs for
     Interpretation of deposition of Gwang Mun                           $  556.80

*TOTAL COMPENSATION & COSTS OF INTERPRETERS:*                      *$  556.80*

**RAYMOND K. KIM**
Registered Korean Language Interpreter
Georgia State License #R-08830
Telephones: 770-495-3851 (Voice & Fax)     404-723-4140 (Cell)
2109 Hallston drive, Duluth, GA 30097

## INTERPRETATION SERVICE SUMMARY

Date: _1 to 81 2008_     Start Time: _10:00 AM/CST_ End time: _3:00 PM_

Miles Driven (2-way): _404_     Driving Time: _7.0_ Hrs.;     Parking Fee: _____
                                  (1 ST 2HRS FREE)

Person Receiving Service: _JUSTIN MUN_ ; Case #: _____

Location of Service: _HAMPTON INN MONTGOMERY SOUTH-AIRPORT_
_60 WASDEN RD, HOPE HULL, AL 36043_
Name of Provider Organization: _OGLETREE, ET AL, BIRMINGHAM, AL_

Name of Service Provider: _J. TRENT SCOFIELD (205-714-4412)_
_MATT JOHNSON_

Next Appointments: _____

Signature of Provider: _Ronald Kim_ ;

_Mr. Kim was interpreter at Mr. Mun's deposition._

## INVOICE NUMBER: _____     DATE: _01-08-08_

Customer: _OGLETREE ET AL_ ;  Customer Order #: _____
_ONE FEDERAL PLACE STE: 1000_
Address: _1819 5TH AVE NORTH, BIRMINGHAM, AL 35203_ = 2118

Telephone: _205-745-1700_ Fax: _____ ; e-mail: _TRENT.SCOFIELD@SCOFIELD · SCAR INS.COM_

Fee Rate: _$50_ /Hr;     Chargeable Hours: _5_ Hrs;     Total: $ _250.00_
                        (1ST 2HRS FREE)
Mileage Allowance: $ _0.445_ /mile;  Miles Driven: _404_ Miles;     Total: $ _181.80_

Parking Fee: .................................................     $ _-0-_ ;

Driving Time Allowance (if greater than 2 hours): _5_ HRS x $ _25_..    $ _125.00_ ;

Invoice Total .... $ _556.80_

_ok to pay $ its_

Mail Check to: RAYMOND K. KIM, 2109 Hallston drive, Duluth, GA 30097

---

Vendor # _new_          Location # _111_
Approved by _(initials)_     Date _JAN 15 2008_
Resp. Party # _____
G/L code _2012_
Client/Matter # _6363.34_
Cost Code _5950_
Voucher # _____     Pay Date _____



EXHIBIT
Attachment B

12/04/2007  05:07   12510  7747              KRM ATTORNEYS              PAGE  03/08

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JERRY LEON DEES, JR.,                          *

    Plaintiff,                                 *

vs.                                            *     Case No. 2:07-cv-00306-MHT-CSC

HYUNDAI MOTOR MANUFACTURING                    *
ALABAMA, LLC and HYUNDAI MOTOR
AMERICA, INC.,                                 *

    Defendants.                                *

## NOTICE OF VIDEO DEPOSITION

TO:.          J. Trent Scofield, Esq.
              T. Scott Kelly, Esq.
              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
              One Federal Place, Ste. 1000
              1819 Fifth Avenue North
              Birmingham, AL 35203

              Matthew K. Johnson, Esq.
              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
              P.O. Box 2757
              Greenville, SC 29602

DEPONENT:     GWANG MUN

DATE:         December 20, 2007

TIME:         9:00 a.m.

LOCATION:     TBA
              Montgomery, Alabama

12/04/2007  05:07   1251   5747             KRM ATTORNEYS ..              PAGE  04/08

PLEASE TAKE NOTICE that attorneys for the Plaintiff, JERRY LEON DEES, JR., will take the pre-trial video-taped discovery deposition of GWANG MUN at the time, date and location indicated above, upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized to administer oaths and swear witnesses. The oral examination will continue from day to day until completed, and you are invited to attend and examine the deponent.

Dated this 4th day of December, 2007.

Jeffrey R. Sport (SPORJ5390)
Vincent F. Kilborn, III (KILBV4484)
KILBORN & ROEBUCK
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

OF COUNSEL:

David A. McDonald, Esq. (MCDOD5329)
KILBORN, ROEBUCK & MCDONALD
203 South Warren Street (36602)
P.O. Box 832
Mobile, AL 36601
(251) 434-0045 Telephone
(251) 434-0047 Fax
Email: dam@krmlaw.us

12/04/2007  05:07    1251⌐  ⌐747        KRM ATTORNEYS        PAGE  05/08

## CERTIFICATE OF SERVICE

I do hereby certify that I have served on this 4th day of December, 2007, the foregoing pleading on all counsel of record by depositing a copy of same in the United States Mail with postage prepaid to:

J. Trent Scofield, Esq.
T. Scott Kelly, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Ste. 1000
1819 Fifth Avenue North
Birmingham, AL 35203

Matthew K. Johnson, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602

_____
COUNSEL

**Attachment C**

**OTHER COSTS:**

| | | |
|---|---|---|
| 1. | Cost of non-refundable airline tickets for HMA attorney due to plaintiff's cancellation of HMA's 30b deposition on Friday, January 18, 2008, for deposition scheduled in Fountain Valley, California on Monday, January 21, 2008, a legal holiday | $ 1,053.50 |

***TOTAL OTHER COSTS:***                                                   ***$ 1,053.50***

6414583.1

*Invoice # S 32629*
*Dated: 2/8/08*


**eltinerary**

Travel Incorporated
(864) 297-8726
864 297-8726 / 800 262-1175
800 952-8739 Vacations

| | |
|---|---|
| Date: | January 16, 2008 |
| Record Locator: | 37HNBQ / 05T |
| Ticket Number: | 006-7185731497 |
| Account No.: | O92401 |

JOHNSON, MATTHEW.K
OGLETREE DEAKINS NASH

Smoak And Stewart
300 N Main St
Greenville Sc 29602

---

**AIR :: Sunday, Jan 20**
Delta #1985
Departing: (GSP) Greenville Sc at 3:35P
Arriving:   (ATL) Atlanta at 4:36P  Terminal: S
Flight Time: 1.01 Hour(s)

Coach (H Class) for Johnson/Matthew.K 10-C **Reserved** Confirmed Flight    Plane: CR9
Other: Flight Operated By Another Carrier Which May Require Check-In At The Following Airline:
Skywest Airlines DI Confirmation #Djfpjx Seat 10-C **Reserved** Johnson/Matthew.K
Freq. #DL2323539334

**AIR :: Sunday, Jan 20**
Delta #75
Departing: (ATL) Atlanta at 6:35P  Terminal: S
Arriving:   (LAX) Los Angeles at 7:32P  Terminal: 5
Flight Time: 4.57 Hour(s)

Coach (H Class) for Johnson/Matthew.K 43-B **Reserved** Confirmed Flight    Plane: 757
Other: DI Confirmation #Djfpjx Seat 43-B **Reserved** Johnson/Matthew.K Reservation Will Be
Monitored For Correct Seat Preference Aisle/Window Seat Unavailable/Center Confirmed-Check At
Gate
Freq. #DL2323539334

**CAR :: Sunday, Jan 20**
Avis
Pick Up: Los Angeles Intl-Terminal on Sun, Jan 20 At Sun/DI0075-1932
Return: 9217 Airport Blvd on Tue, Jan 22 At 1140
Conf #: CONFO-22826775US6 PEXP

Phone- 310-342-9200 Rate-(guaranteed) Usd 53.83 Daily Unlimited Mileage Extra Day Charge
53.83 Unlimited Mileage Extra Hour Charge 26.92 Unlimited Mileage Approx Total 142.18 Usd
Includes Taxes-Fees-Surcharges 1 Full Size Car Corporate Id-A715900 Concession Recovery
Fee May Apply Ba-086007 Seat Assignment At Airport Only-Arrive Early To Check-In
Freq. #J6L76R

**AIR :: Tuesday, Jan 22**
Delta #44
Departing: (LAX) Los Angeles at 11:40A  Terminal: 5
Arriving:   (CVG) Cincinnati at 6:52P  Terminal: 3
Flight Time: 4.12 Hour(s)

Coach (H Class) Confirmed Flight    Plane: 757
Other: DI Confirmation #Djfpjx Reservation Will Be Monitored For Correct Seat
Preference
Freq. #DL2323539334

**AIR :: Tuesday, Jan 22**
Delta #6246
Departing: (CVG) Cincinnati at 7:45P  Terminal: 3
Arriving:   (GSP) Greenville Sc at 8:58P
Flight Time: 1.13 Hour(s)

Coach (H Class) for Johnson/Matthew.K 16-B **Reserved** Confirmed Flight    Plane: ERJ
Other: Flight Operated By Another Carrier Which May Require Check-In At The Following Airline:
Chautauqua Airlines DI Confirmation #Djfpjx Seat 16-B **Reserved** Johnson/Matthew.K
Freq. #DL2323539334

**FEE :: Thursday, Jan 24**

Fee: Fee-Domestic Air
Amount: $31.00
Other: Additional Fees May Apply For Voids * Refunds * Exchanges

---

**Itinerary / Invoice Charges:**

| | |
|---|---|
| Service Charge | 31.00 |
| Tax | 0.00 |
| Total Fees | 31.00 |
| Air Fare | 916.27 |
| Tax | 106.23 |
| Total Air Fare | 1022.50 |
| Total Invoice Amount | 1053.50 |
| Amount Charged | 1053.50 |

**Additional:**
This Amount Will Be Charged To Credit Card: Ax

No Car Requested
No Hotel Requested
Plan To Arrive At The Airport A Minimum Of 2 Hrs
Prior To Departure. Photo Id And Boarding Pass
Are Required For Airport Security And Check-In.
Ticket Is Nonrefundable
$75.00 Per Ticket Penalty Applies For Changes/Cancellation
Changes To Flight May Result In Higher Fare
Car Rental Locations May Not Accept Debit Cards. Please
Contact The Location You Are Renting From Directly
To Verify Payment Policy.
Avis 24hr Emergency Road Side Assistance 1-800-354-2847
Avis Customer Service 1-800-352-7900

Frequent Flyer Numbers
Johnson/Matthew.K DI2323539334

Thank You For Your Business

**Message from your Agent:**

Car added.

Powered By Travel Incorporated


**EXHIBIT**
*1*
Attachment C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY LEON DEES, JR., | * | |
| Plaintiff, | * | |
| vs. | * | Case No.  2:07-cv-00306-MHT-CSC |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC and HYUNDAI MOTOR AMERICA, INC., | * | |
| | * | |
| Defendants. | * | |

## AMENDED NOTICE OF DEPOSITION OF
## HYUNDAI MOTOR AMERICA, INC.
## PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO:.          J. Trent Scofield
              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
              One Federal Place, Ste. 1000
              1819 Fifth Avenue North
              Birmingham, AL 35203

              Matthew K. Johnson, Esq.
              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
              P.O. Box 2757
              Greenville, SC 29602

**DEPONENT:**      **HYUNDAI MOTOR AMERICA, INC.**

**DATE:**          January 21, 2008

TIME:          9:00 a.m.

**LOCATION:**      HMA Corporate Headquarters
              10550 Talbert Avenue
              Fountain Valley, CA 92708

    PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, attorneys for the Plaintiff, JERRY LEON DEES, JR., will take the deposition of the Defendant HYUNDAI MOTOR AMERICA, INC. by its designated agent or agents most knowledgeable about and familiar with the matters set forth below, at the time, date and location indicated above upon oral examination before a Notary Public or other officer duly authorized to administer oaths and swear witnesses. The oral examination(s) will continue from day to day until completed.

### MATTERS ON WHICH EXAMINATION IS REQUESTED

The subject matters for which the deponent(s) will be requested to testify are as follows:

1.  The relationship between HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC and HYUNDAI MOTOR AMERICA, INC. to show the extent to which HMMA is the alter ego of HMA and/or that HMMA is a mere instrumentality of HMA.

2.  The circumstances surrounding the decision to halt production for several calendar days in 2007.

### DUCES TECUM

Please take further notice that the witness or witnesses designated by the plaintiff, notified hereby to appear for this deposition, be prepared to testify in the matters described and enumerated above, and are requested to bring to the deposition pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure and make available for copying the following documents, records, and other items set forth in Exhibit A attached.

Dated this 4th day of January, 2008.

_____

Jeffrey R. Sport (SPORJ5390)
Vincent F. Kilborn, III (KILBV4484)
KILBORN & ROEBUCK
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

OF COUNSEL
David A. McDonald, Esquire
KILBORN, ROEBUCK & MCDONALD
203 South Warren Street (36602)
P.O. Box 832
Mobile, AL 36601
(251) 434-0045 Telephone
(251) 434-0047 Fax
Email: dam@krmlaw.us

## CERTIFICATE OF SERVICE

I do hereby certify that I have served on this 4th day of January, 2008, the foregoing pleading on all counsel of record by depositing a copy of same in the United States Mail with postage prepaid to:

J. Trent Scofield
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Ste. 1000
1819 Fifth Avenue North
Birmingham, AL 35203\

Matthew K. Johnson, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
P.O. Box 2757
Greenville, SC 29602

_____
COUNSEL

## EXHIBIT A
## PRODUCTION OF DOCUMENTS PURSUANT
## TO RULE 30(b)(5)

Please produce at the time and place of your deposition noticed on the attached NOTICE OF DEPOSITION the following documents (the words **"document"** or **"documents"** as used herein shall include, without limitation, all written, recorded, electronically-generated, or graphic matter whatsoever and all non-identical copies thereof, including, but not limited to, papers, books, records, letters, photographs, tangible things, correspondence, communications, telegrams, cables, facsimile messages, memoranda, notes, notations, work papers, work orders, transcripts, minutes, reports, records of telephone or other conversations, statements, summaries, opinions, studies, analyses, evaluations, contracts, agreements, jottings, agendas, bulletins, notices, announcements, instructions, guidelines, video tapes, audio tapes, electronically-stored data, e-mails, attachments to e-mails, computer disks, CAD, charts, manuals, brochures, publications, schedules, journals, books of accounts, diaries, lists, tabulations, newsletters, drafts, proofs, galleries, or other pre-publication forms or materials, telephone lists or indexes, Rolodexes, records or invoices reflecting business operations, canceled checks, vouchers, ledger sheets, spreadsheets, witness statements, findings of investigations, minutes of any corporate meetings, minutes of meetings of boards of directors of corporations, records of negotiations, reports of experts, reports of consultants, any notes or drafts relating to any of the foregoing, all records kept by electronic, photographical, optical, or mechanical means, on "C:" or similar drives, all things similar to the foregoing, and any other documents as defined by the *Federal Rules of Civil Procedure* of any kind in your possession, custody or control, or known by you to exist):

1. Any and all documents that relate or refer to the relationship or affiliation of any kind (including but not limited to licensing agreements, stock ownership, common officers or directors, intercompany debt or debt guaranties or financing) between Hyundai Motor America, Inc. ("HMA") and Hyundai Motor Manufacturing Alabama, LLC ("HMMA"), including but not limited to:

    a. Agreements for the sale or manufacture of automobiles or automobile parts and accessories between HMMA and HMA, including any agreements with any other "Hyundai entity"[1] for the sale or manufacture of vehicles or parts manufactured by HMMA;

    b. Agreements between HMA and HMMA, including but not limited to, management agreements, stock option agreements, labor and/or collective bargaining agreements, executive compensation agreements, and retirement or pension plans and agreements;

---

[1] "Hyundai entity" refers to Hyundai Motor Company in Seoul, South Korea, as well as any affiliate, subsidiary, partner (limited or otherwise) or agent of Hyundai Motor Company.

c.  Agreements between HMMA and any supplier of parts, materials and/or services in which HMA or any other Hyundai entity has any financial or beneficial interest in existence at any time from 2004 through present;

d.  Any employment agreements or other documents evidencing any other arrangement or accommodations between HMA and HMMA relating to the sharing of the costs, benefits, charges or expenses of any officers, directors, or employees performing duties for both entities from 2004 through present;

e.  Any expense reports, vouchers, or other documents evidencing travel of HMMA officers, directors, or employees to HMA, or HMA officers, directors, or employees to HMMA from 2004 through present;

f.  Invoices for automobiles and parts sold by HMMA to HMA, or suitable summaries thereof from 2004 through present;

g.  If automobiles and/or parts are sold to another Hyundai entity for HMA's benefit, invoices for automobiles sold to that entity, or suitable summaries thereof, from 2004 through present;

h.  Any intercompany journal entries with supporting invoices, vouchers, or other documentation showing costs of HMA transferred to HMMA, or vice versa, including any costs of HMA or HMMA transferred to the other via pass-through of another Hyundai entity from 2004 through present;

i.  Any and all documents, including correspondence, evidencing communications between HMA and HMMA from 2005 through the present;

j.  Any other documents that relate or refer to any relationship, business arrangement, or contact between HMA and HMMA from 2004 through present.

k.  Any consolidated federal or state tax returns evidencing the consolidated taxable income of HMA and HMMA, including any returns consolidating other Hyundai entities in addition to HMA and HMMA, and including any returns prepared, maintained or distributed outside of the United States from 2004 through present;

l.  Any audited, reviewed, or compiled financial statements evidencing the consolidated results of HMA and HMMA, including financial statements prepared, maintained or distributed outside of the United States from 2004 through present;

m.  All required financial or other filings with the United States government or regulatory agencies thereof within the last three years from 2004 through present; and

n. Any documents or records evidencing the sharing or allocation of assets or resources of HMMA with HMA within the State of Alabama, including but not limited to, office or building space, real estate, equipment, employees, company vehicles, or funds from 2004 through present.

2. Organizational chart showing the management hierarchy within HMA and HMMA as well as the reporting lines of communication and control above HMA and HMMA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JERRY LEON DEES, JR.,

      **Plaintiff,**

v.

**HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC, and HYUNDAI
MOTOR AMERICA, INC.,**

      **Defendants.**

**CIVIL ACTION NO.:
2:07-cv-00306-MHT-CSC**

## AFFIDAVIT OF J. TRENT SCOFIELD

I, J. Trent Scofield, being first duly sworn, testify as follows:

1.     I am a citizen and resident of the State of Alabama. I am over 18 years of age, and I am otherwise competent to testify in this matter. I have personal knowledge of the facts stated herein. The following facts are true to the best of my information and knowledge.

2.     I am an attorney who is licensed to practice law in the State of Alabama. I have served as counsel of record for Hyundai Motor America, Inc. ("HMA") throughout the case styled Jerry Leon Dees, Jr. v. Hyundai Motor Manufacturing Alabama, LLC and Hyundai Motor America, Inc., Docket No. 2:07-CV-00306-MHT-CSC in the United States District Court for the Middle District of Alabama, Southern Division.

3.     This affidavit is in support of the Bill of Costs for costs incurred in the defense of this matter on behalf of the Defendant. The total for these items is $5,372.50. These costs are detailed within the Itemization of Costs which has been attached to the Bill of Costs.

1

4.    I declare under penalty of perjury that the foregoing costs itemized in the Bill of

Costs submitted to the Court are correct, are reasonable based upon my years of experience in

this legal community, and were necessarily incurred in this action.

**FURTHER AFFIANT SAITH NOT.**

J. Trent Scofield

**STATE OF ALABAMA**          )
                             )
**COUNTY OF JEFFERSON**       )

Sworn to and subscribed this _19th_ day of June, 2008.

NOTARY PUBLIC

My Commission Expires:  **12-1-09**

## CERTIFICATE OF SERVICE

I hereby certify that on the _19th_ day of June, 2008, I electronically filed the foregoing
pleading on behalf of Defendant Hyundai Motor America, Inc. with the Clerk of the Court using
the CM/ECF system which will send notification of such filing to the following: W. Perry Hall,
Vincent F. Kilborn, III, David Allen McDonald, Jeffrey R. Sport, T. Scott Kelly, Matthew K.
Johnson, and Timothy A. Palmer.

/s/ J. Trent Scofield
J. Trent Scofield (SCO024)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
E-mail: trent.scofield@odnss.com

6407312.1

2