IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv306-MHT |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, and HYUNDAI ) | |
| MOTOR AMERICA, INC., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion for allowance of costs (doc. no. 217) is set for submission, without oral argument, on July 7, 2008, with all briefs due by said date.

DONE, this the 23rd day of June, 2008.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE