IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv306-MHT |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, and HYUNDAI ) | |
| MOTOR AMERICA, INC., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that the motion for leave to file reply (doc. no. 222) is granted.

DONE, this the 14th day of July, 2008.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE