IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEON DEES, JR.,           )<br>                                )<br>    Plaintiff,                  )<br>                                )    CIVIL ACTION NO.<br>    v.                          )     2:07cv306-MHT<br>                                )<br>HYUNDAI MOTOR MANUFACTURING )<br>ALABAMA, LLC, and HYUNDAI    )<br>MOTOR AMERICA, INC.,           )<br>                                )<br>    Defendants.                 ) | |

### ORDER

It is ORDERED that the jury selection and trial of this cause are continued generally pending resolution of the pending motions.

DONE, this the 11th day of August, 2008.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE