IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY LEON DEES, JR.,           )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )    2:07cv306-MHT
                                )        (WO)
HYUNDAI MOTOR MANUFACTURING     )
ALABAMA, LLC, and HYUNDAI       )
MOTOR AMERICA, INC.,            )
                                )
    Defendants.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Hyundai Motor Manufacturing Alabama, LLC's and plaintiff Jerry Leon Dees, Jr.'s motions for reconsideration (Doc. Nos. 212 and 213) are granted.

(2) The previous memorandum opinion and judgment (Doc. Nos. 186 and 187) are vacated.

(3) Defendants Hyundai Motor Manufacturing Alabama, LLC, and Hyundai Motor America, Inc.'s motion for summary judgment (Doc. No. 67) is granted as to plaintiff Dees's claims for termination and harassment under the Uniformed

Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. §§ 4301-4334.

(4) Judgment is entered in favor of defendants Hyundai Motor Manufacturing Alabama, LLC, and Hyundai Motor America, Inc. and against plaintiff Dees on Dees's claims for termination and harassment under the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. §§ 4301-4334, with plaintiff Dees taking nothing as to these claims.

(5) Plaintiff Dees's outrage and conversion claims under Alabama law against defendants Hyundai Motor Manufacturing Alabama, LLC, and Hyundai Motor America, Inc. are dismissed with leave to refile them in state court.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of March, 2009.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**